**15-10322**

_____
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**v.**

**GORDON LEROY HALL,**

**Defendant-Appellant.**
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA (CR-14-00184-NVW-1)
_____

**DEFENDANT - APPELLANT'S EXCERPTS OF RECORD
Volume 5: pp. 907-1116**
_____

JON M. SANDS
Federal Public Defender
District of Arizona

DANIEL L. KAPLAN
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007-2730
(602) 382-2767

_____
_____

# TABLE OF CONTENTS

**PAGE**

### Volume 1

Reporter's Transcript Excerpt
January 7, 2015 Motion Hearing ............................................................. 1

Reporter's Transcript Excerpt
January 22, 2015 Jury Trial ............................................................... 2-4

Reporter's Transcript Excerpt
June 16, 2015 Sentencing Hearing........................................................ 5-6

### Volume 2

Indictment ........................................................................... 7-10

Reporter's Transcript
May 19, 2014 Initial Appearance/Arraignment................................. 11-37

Government's Motion for a *Faretta* Hearing .................................... 38-87

Defendant's Pro Se Petition for Judicial Notice ............................... 88-91

Reporter's Transcript
June 11, 2014 *Faretta* Hearing ...................................................... 92-129

Reporter's Transcript
June 13, 2014 Appointment/Detention Hearing ........................... 130-136

Defendant's Motion to Waive Defendant's Presence at
  Status Conference ...................................................................... 137-139

Defendant's Motion to Determine Competency........................... 140-144

Defense Counsel's Motion to Withdraw as Counsel ................... 145-148

Reporter's Transcript
January 7, 2015 Motion Hearing .................................................................. 149-173

Reporter's Transcript
January 15, 2015 Final Pretrial Conference.................................................. 174-217

Reporter's Transcript Excerpt
January 20, 2015 Jury Trial – Day 1............................................................ 218-306

## **Volume 3**

Reporter's Transcript Excerpt (continued)
January 20, 2015 Jury Trial – Day 1............................................................ 307-371

Reporter's Transcript
January 21, 2015 Jury Trial – Day 2............................................................ 372-606

## **Volume 4**

Reporter's Transcript (continued)
January 21, 2015 Jury Trial – Day 2............................................................ 607-690

Reporter's Transcript Excerpt
January 22, 2015 Jury Trial – Day 3............................................................ 691-860

Jury Verdict Form ..................................................................................... 861-862

Trial Exhibit 1 ........................................................................................... 863-867

Trial Exhibit 2 ........................................................................................... 868-872

Trial Exhibit 3 ........................................................................................... 873-875

Trial Exhibit 4 ........................................................................................... 876-878

Trial Exhibit 5 ........................................................................................... 879-881

Trial Exhibit 6 ........................................................................................... 882-906

## Volume 5

Trial Exhibit 6 (continued)................................................................ 907-942

Trial Exhibit 7 ................................................................................... 943-953

Trial Exhibit 8 ................................................................................... 954-958

Trial Exhibit 9 ................................................................................... 959-967

Trial Exhibit 10 ................................................................................. 968-975

Trial Exhibit 11 .................................................................................976-995

Trial Exhibit 12 ................................................................................. 996-998

Trial Exhibit 19 ................................................................................. 999-1010

Trial Exhibit 20 ................................................................................. 1011-1014

Trial Exhibit 29 ................................................................................. 1015

Trial Exhibit 105 ............................................................................... 1016-1019

Order Denying Pro Se Motions to Dismiss ....................................... 1020

Defendant's Pro Se Correspondence to Court .................................. 1021-1023

Defendant's Motion to Continue Sentencing.................................... 1024-1028

Defense Counsel's Motion to Withdraw as Counsel ........................ 1029-1034

Reporter's Transcript
June 16, 2015 Sentencing ................................................................. 1035-1087

Judgment .......................................................................................... 1088-1091

Defendant's Pro Se Notice................................................................ 1092-1098

iii

Notice of Appeal ........................................................................ 1099-1100

District Court Docket Sheet ..................................................... 1101-1116

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
480-286-3340

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

GORDON L. HALL
3548 EAST PRESIDIO CIRCLE
MESA, AZ 85213
USA

DOCUMENT NUMBER: 29152200003
FILING NUMBER: 11-72716646
FILING DATE: 06/02/2011 09:00
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
11-7271659605

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME UNITED STATES TREASURY | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any | ☐ NONE |
|---|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND No. GH20110602

Value of Collateral: Four-Million Five-Hundred Thousand and 00/100 Dollars — USD $4,500,000.00

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME Hall | FIRST NAME Gordon | MIDDLE NAME LeRoy | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
PRIVATE REGISTERED SETOFF BOND No. GH20110602

FILING OFFICE COPY

**Exhibit 6**

ER 907

006-026

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**12. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
11-7271659605

**13. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**13a. ORGANIZATION'S NAME**

| OR | 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|----|------------------------------|------------|---------------------|
|    | Hall | Gordon | LeRoy |

**14 MISCELLANEOUS**

DOCUMENT NUMBER: 29152200003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

**14a. ORGANIZATION'S NAME**

| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|----|------------------------------|------------|---|-------------|--------|
| **14c. MAILING ADDRESS** | | CITY | | STATE | POSTAL CODE | COUNTRY |

| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any | ☐ NONE |

**15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

**15a. ORGANIZATION'S NAME**

| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|----|------------------------------|------------|---|-------------|--------|
| **15c. MAILING ADDRESS** | | CITY | | STATE | POSTAL CODE | COUNTRY |

| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any | ☐ NONE |

**16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

**16a. ORGANIZATION'S NAME**

| OR | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|----|------------------------------|------------|---|-------------|--------|
| **16c. MAILING ADDRESS** | | CITY | | STATE | POSTAL CODE | COUNTRY |

| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any | ☐ NONE |

**17.ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (17a or 17b)

**17a. ORGANIZATION'S NAME**

| OR | 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|------------------------------|------------|-------------|--------|
|    | GEITHNER | TIMOTHY | F. | |
| **17c. MAILING ADDRESS** 1500 PENNSYLVANIA AVENUE, N.W. | | CITY WASHINGTON | STATE DC | POSTAL CODE 20220- | COUNTRY USA |

**18.ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (18a or 18b)

**18a. ORGANIZATION'S NAME**

| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|------------------------------|------------|-------------|--------|
| **18c. MAILING ADDRESS** | | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY

Exhibit 6          ER 908          006-027

Case #PR11-002

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary Public mailed to:

INTERNAL REVENUE SERVICE
Mail Stop 4440
P.O. Box 9036
Ogden, Utah 84201
Registered Mail No. RE 261 087 054 US

hereinafter, "Recipients," the documents and sundry papers pertaining to a certain Form 668-A(ICS) issued by Department of the Treasury – Internal Revenue Service regarding TAXPAYER: **GORDON L HALL** for "**Notice of Levy**" as follows:

1. **NOTICE TO SETOFF ACCOUNTS** dated June 11, 2011 (2 leaves);

2. **COUPON** in the amount of FOUR MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS (1 leaf);

3. **Notice of Levy** Form 668-A(ICS) issued by Department of the Treasury – Internal Revenue Service regarding TAXPAYER: **GORDON L HALL**, with banker's acceptance indorsement on front page and reverse page of leaf (1 leaf);

4. **I.R.S. FORM 1040-V PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for Account GORDON L HALL XXX-XX-8459 (1 leaf);

5. **PRIVATE REGISTERED SET OFF BOND NO. GH20110602** dated June 2, 2011 (1 leaf);

6. **UCC-1 FINANCING STATEMENT**, Document No. 29152200002, Filing No. 11-7271659605, dated June 2, 2011 (3 leaves);

7. **UCC-3 FINANCING ASSIGNMENT**, Document No. 29152200003, Filing No. 11-72716646, dated June 2, 2011 (3 leaves); and

8. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated June 11, 2011 (1 leaf) (signed original on file)

This mailing contained a total of thirteen (13) leaves. It was sent via the United States Postal Service under the control, direction, and instruction of the Registered Mail Numbers noted above with request for return receipt forms attached. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

_Julie K. Fields_

NOTARY PUBLIC

June 11, 2011
DATE

(Seal)

Julie K. Fields, Notary Public
P.O. Box 1025
Gilbert, Arizona 85299

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

1

**Exhibit 6**                     **ER 909**
006-028

Case #PR11-002

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary Public Mailed to:

Internal Revenue Service
c/o Chief Financial Officer
1111 Constitution Avenue NW
Washington D.C. 20244-0002
USPS "Certificate of Mailing" (PS Form 3817)

Cc: JENNIFER PARDUE, REVENUE OFFICER
Internal Revenue Service
1818 E. Southern Avenue, Suite 15A
Mesa, AZ 85204-5230
(480) 917-4025
USPS "Certificate of Mailing" (PS Form 3817)

hereinafter, "Recipients", the documents and sundry papers pertaining to the Recipient to a certain Form 668-A(ICS) issued by Department of the Treasury – Internal Revenue Service regarding TAXPAYER: **GORDON L HALL** for "Notice of Levy" As Follows:

1. **NOTICE OF TENDER FOR SETOFF** (3 leaves);
2. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf);
3. **CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE** dated June 22, 2011 (1 leaf);

   <u>EXHIBIT A:</u>
4. **EXHIBIT A** cover page (1 leaf);
5. **NOTICE TO SETOFF ACCOUNTS** dated June 11, 2011 (2 leaves);
6. **COUPON** in the amount of FOUR MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS (1 leaf);
7. **Notice of Levy** Form 668-A(ICS) issued by Department of the Treasury – Internal Revenue Service regarding TAXPAYER: **GORDON L HALL**, with banker's acceptance indorsement on front page and reverse page of leaf (1 leaf);
8. **I.R.S. FORM 1040-V PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for Account GORDON L HALL XXX-XX-8459 (1 leaf);
9. **PRIVATE REGISTERED SETOFF BOND NO. GH20110602** dated June 2, 2011 (1 leaf);
10. **UCC-1 FINANCING STATEMENT**, Document No. 29152200002, Filing No. 11-7271659605, dated June 2, 2011 (3 leaves);

Exhibit 6

11. **UCC-3 FINANCING ASSIGNMENT**, Document No. 29152200003, Filing No. 11-72716646, dated June 2, 2011 (3 leaves);

12. **NOTARY'S CERTIFICATE OF SERVICE** dated June 11, 2011 (signed original on file) (1 leaf); and

13. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated June 29, 2011 (signed original on file) (2 leaves).

These mailings contained a total of twenty-one (21) leaves each. They were sent via the United States Postal Service. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

_June 29, 2011_
DATE

NOTARY PUBLIC

(Seal)

Julie K. Fields, Notary Public
P.O. Box 1025
Gilbert, Arizona 85299

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Exhibit 6     ER 911

006-030

Case #PR11-002

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary Public mailed to:

> Internal Revenue Service
> c/o Chief Financial Officer
> 1111 Constitution Avenue North West
> Washington D.C. 20244-0002
> **USPS "Certificate of Mailing" (PS Form 3817)**

Cc:

> JENNIFER PARDUE, REVENUE OFFICER
> Internal Revenue Service
> 1818 E. Southern Avenue, Suite 15A
> Mesa, AZ 85204-5230
> (480) 917-4025
> **USPS "Certificate of Mailing" (PS Form 3817)**

hereinafter, "Recipients," the documents and sundry papers pertaining to Form **668-A(ICS)** issued by Department of the Treasury – Internal Revenue Service regarding TAXPAYER: **GORDON L HALL** for "**Notice of Levy**".

1. **NOTICE: NOTICE OF FAULT – OPPORTUNITY TO CURE "FINAL EXPRESSION IN A RECORD"** (3 leaves);
2. **CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE** dated July 14, 2011 (1 leaf);
3. Copy "**Certificate of Mailing**" (PS Form 3817) (original on file) (1 leaf);
4. "**EXHIBIT B**" <u>RECORD OF PRESENTMENT</u> including cover page (24 leaves); and
5. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated July 14, 2011 (signed original on file) (2 leaves).

These mailings contained a total of thirty-one (31) leaves each. They were sent via the United States Postal Service under the control, direction, and instruction by reference USPS "Certificate of Mailing" (PS Form 3817). The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

Witness my hand and official seal I have set hereunto.

<u>July 14, 2011</u>

DATE

_____

NOTARY PUBLIC

**Exhibit 6**          **ER 912**

006-031

Julie K. Fields

P.O. Box 1025

Gilbert, Arizona 85299

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

**Exhibit 6**                    **ER 913**

006-032

Case #PR11-002

Claimant:
Gordon LeRoy Hall
c/o Julie K. Fields, Notary Public
P.O. Box 1025
Gilbert, Arizona
*Non-Domestic without U.S.*

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# *NOTICE (2nd)*

## NOTICE OF FAULT - OPPORTUNITY TO CURE

## "FINAL EXPRESSION IN A RECORD"

July 14, 2011

Respondent:

Internal Revenue Service
c/o Chief Financial Officer
1111 Constitution Avenue NW
Washington D.C. 20244-0002
**USPS "Certificate of Mailing" (PS Form 3817)**

Re:    Form **668-A(ICS)** issued by Department of the Treasury – Internal Revenue Service regarding
TAXPAYER: **GORDON L HALL** for "Notice of Levy".

Dear Sirs:

On June 29, 2011, Gordon LeRoy Hall, hereinafter "Claimant", made Presentment of NOTICE OF TENDER FOR SETOFF, A REQUEST REGARDING A STATEMENT OF ACCOUNT, and a copy of the Private Administrative Record, between the Internal Revenue Service, c/o Chief Financial Officer, and the Claimant, hereinafter "Presentment" attached hereto and incorporated herein as "EXHIBIT B" via USPS "Certificate of Mailing" (PS Form 3817) to the Internal Revenue Service, c/o Chief Financial officer, hereinafter "Respondent".

On June 29, 2011 presentment is deemed received (pursuant to the **mailbox/deposited acceptance** rule)

As of July 14, 2011 Respondents have not responded to the Presentment to either Julie K. Fields, Notary Public, or the Claimant.

By the terms of the Presentment, Respondent's failure to sufficiently respond to the Presentment constitutes Respondent's agreement and stipulation with the facts stated in the Presentment and an inability to prove Respondent's claim.

**SEALS:** The seals on the documents represent that the parties intend the agreement to entail legal consequences.

1

**WHAT YOU SHOULD DO:** Respondents must prove their claims against the Claimant's Collateral by providing lawfully documented proof that is certified true and correct by Respondents, in their unlimited commercial liability, on and for the Official Record, under penalties of the law including perjury. Said evidence must prove Respondents' case by preponderance of proof and must answer each and every averment, point-by-point individually. Any and all points not answered fully and accompanied by lawfully documented proof, as provided herein, constitutes default on the part of the Respondents. Non-response according to the conditions contained herein constitutes default. Partial, incomplete, or blanket/pat answers and/or lack of lawfully documented proof as outlined herein for any or all Negative Averments constitutes default and qualifies as Non-response. Respondent's failure to respond, as outlined herein, within ten (10) calendar days of the date of this NOTICE constitutes default. Non-response is a Self-Executing Confession of Judgment by all Respondents and constitutes complete agreement with all the statements, terms, and conditions of this contract.

In the event that Respondent's failure to respond to the Presentment was an OVERSIGHT, MISTAKE, or otherwise UNINTENTIONAL, Claimant grants Respondent ten (10) days, exclusive of the day of receipt, to cure the fault and affect the remedy.

**IF YOU DO NOT:** Failure to cure shall constitute, as an Operation of Law, the FINAL admission of the facts set forth in the Presentment through tacit acquiescence to the Presentment and NOTICE OF FAULT — OPPORTUNITY TO CURE, and the whole matter shall be deemed *res judicata* and *stare decisis*.

Response by Respondents must be served on Claimant exactly as provided:

**Gordon LeRoy Hall**
c/o Julie K. Fields, Notary Public
P.O. Box 1025
Gilbert, Arizona
*Non-Domestic without U.S.*

Gordon LeRoy Hall, Authorized Representative
For the Accommodation Party & Secured Party Creditor
ALL RIGHTS RESERVED

Cc:

JENNIFER PARDUE, REVENUE OFFICER
Internal Revenue Service
1818 E. Southern Avenue, Suite 15A
Mesa, AZ 85204-5230
(480) 917-4025
USPS "Certificate of Mailing" (PS Form 3817)

Enclosures: "EXHIBIT B"

1. **CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE** dated July 14, 2011 (1 leaf);

2. Copy **"Certificate of Mailing" (PS Form 3817)** (1 leaf);

2

**Exhibit 6**      **ER 915** 006-034

3. **EXHIBIT B** cover page (1 leaf);

4. *NOTICE*: **NOTICE OF MISTAKE** with NOTARY'S CERTIFICATE OF SERVICE (3 leaves);

5. *NOTICE*: **NOTICE OF TENDER FOR SETOFF** (3 leaves);

6. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf);

7. **CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE** dated June 22, 2011 (1 leaf);

8. **EXHIBIT A** cover page (1 leaf);

9. *NOTICE*: **NOTICE TO SETOFF ACCOUNTS** dated June 11, 2011 (2 leaves);

10. **COUPON** in the amount of FOUR MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS (1 leaf);

11. **Notice of Levy** Form **668-A(ICS)** issued by Department of the Treasury – Internal Revenue Service regarding TAXPAYER: **GORDON L HALL**, with banker's acceptance indorsement on front page and reverse page of leaf (1 leaf);

12. **I.R.S. FORM 1040-V PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for Account GORDON L HALL XXX-XX-8459 (1 leaf);

13. **PRIVATE REGISTERED SETOFF BOND NO. GH20110602** dated June 2, 2011 (1 leaf);

14. **UCC-1 FINANCING STATEMENT**, Document No. 29152200002, Filing No. 11-7271659605, dated June 2, 2011 (3 leaves);

15. **UCC-3 FINANCING ASSIGNMENT**, Document No. 29152200003, Filing No. 11-72716646, dated June 2, 2011 (3 leaves);

16. **NOTARY'S CERTIFICATE OF SERVICE** dated June 11, 2011 (signed original on file) (1 leaf);

17. **NOTARY'S CERTIFICATE OF SERVICE** dated June 29, 2011 (signed original on file) (2 leaves); and

18. **NOTARY'S CERTIFICATE OF SERVICE** dated July 14, 2011 (signed original on file) (2 leaves).

**Exhibit 6**     **ER 916**

006-035

Case #PR11-002

## CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE

Arizona Republic )
Maricopa county ) affirm and subscribed:
Without the United States )

**PRESENTMENT** Be it known, that, the person signing below, a duly empowered Notary Public, at the request

of ____Gordon LeRoy Hall____ In care of ____P.O. Box 1025, Gilbert, Arizona, *Non-domestic without the United States*____ ;
       Claimant                                 Address

did duly present on ____June 29, 2011____ the attached **NOTICE OF TENDER FOR SETOFF and a**
**REQUEST REGARDING A STATEMENT OF ACCOUNT**____ dated June 28, 2011

to ____Internal Revenue Service, c/o Chief Financial Officer____
    1111 Constitution Avenue North West, Washington D.C. 20244-0002

      Respondent

signed by Gordon LeRoy Hall requesting **recipient approve or correct a statement what the debtor believes to be the aggregate amount of unpaid obligations**
**belonging to GORDON LEROY HALL.**, the time limit having elapsed for a timely response thereto.

**DEFAULT:** Whereupon, the Notary signing below, for the reason dishonor by non-response/non-performance, does publicly and
solemnly certify the dishonor as against all parties it may concern by reason of non-response/non-performance thereof and **stipulations**
**therein**.

**NOTICE:** The undersigned Notary, certifies that as of ____June 29, 2011____ NOTICE OF TENDER FOR SETOFF and a REQUEST
REGARDING A STATEMENT OF ACCOUNT were sent to the parties noted below by depositing in an official depository under the exclusive
face and custody of the United States Post Office a sealed envelope containing said Notices(s) directed to the respective person or entity at the
last known corresponding address noted below:

| NAME | ADDRESS |
|---|---|
| Internal Revenue Service c/o Chief Financial Officer | 1111 Constitution Avenue North West, Washington D.C. 20244-0002 |

**TESTIMONY** I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Julie K. Fields*
Notary

Executed on: ____July 14, 2011____

Julie K. Fields
P.O. Box 1025
Gilbert, Arizona
*Non-domestic without the United States*

---

### CERTIFICATION OF DUE PRESENTMENT OF NOTICE UNDER NOTARY SEAL

| | |
|---|---|
| **Date of Presentment:** | June 29, 2011 |
| **Notice Presented Under Seal:** | NOTICE OF TENDER FOR SETOFF and a REQUEST REGARDING A STATEMENT OF ACCOUNT |
| **Notary's Certification:** | The above-noted parties were presented notice under notary seal that certification of non-response/non-performance within fourteen (14) days of postmark would comprise their acceptance of the terms and conditions contained therein, the time having elapsed for response or performance thereof, which was dishonored. |

**Exhibit 6**            **ER 917**





**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

Gordon LeRoy Hall
c/o Julie K Fields
P.O. Box 1025
Gilbert, Arizona 85299

One piece of ordinary mail addressed to:

INTERNAL REVENUE SERVICE
C/o Chief Financial Officer
1111 Constitution Avenue NW
Washington, D.C. 20244-0002

PS Form **3817**, January 2001



**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

Julie K. Fields, Notary Public
P.O. Box 1025
Gilbert, Arizona

One piece of ordinary mail addressed to:

Internal Revenue Service
C/o Chief Financial Office
1111 Constitution Avenue NW
Washington, D.C. 20244-0002

PS Form **3817**, January 2001



**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

Julie K. Fields, Notary Public
P.O. Box 1025
Gilbert, Arizona

One piece of ordinary mail addressed to:

JENNIFFER PARDUE, REVENUE OF
Internal Revenue Service
1818 E. Southern Ave., Suite 1.
Mesa, Arizona 85204-5230

PS Form **3817**, January 2001

**Exhibit 6**   **ER 918**
006-037

Case #PR11-002

## "EXHIBIT B"
## <u>RECORD OF PRESENTMENT</u>

For *NOTICE*: **NOTICE OF TENDER FOR SETOFF**

1. *NOTICE*: **NOTICE OF MISTAKE** with NOTARY'S CERTIFICATE OF SERVICE (3 leaves);

2. *NOTICE*: **NOTICE OF TENDER FOR SETOFF** (3 leaves);

3. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf);

4. **CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE** dated June 22, 2011 (1 leaf);

5. **EXHIBIT A** cover page (1 leaf);

6. *NOTICE*: **NOTICE TO SETOFF ACCOUNTS** dated June 11, 2011 (2 leaves);

7. **COUPON** in the amount of FOUR MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS (1 leaf);

8. **Notice of Levy** Form **668-A(ICS)** issued by Department of the Treasury – Internal Revenue Service regarding TAXPAYER: **GORDON L HALL**, with banker's acceptance indorsement on front page and reverse page of leaf (1 leaf);

9. **I.R.S. FORM 1040-V PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for Account GORDON L HALL XXX-XX-8459 (1 leaf);

10. **PRIVATE REGISTERED SETOFF BOND NO. GH20110602** dated June 2, 2011 (1 leaf);

11. **UCC-1 FINANCING STATEMENT**, Document No. 29152200002, Filing No. 11-7271659605, dated June 2, 2011 (3 leaves);

12. **UCC-3 FINANCING ASSIGNMENT**, Document No. 29152200003, Filing No. 11-72716646, dated June 2, 2011 (3 leaves);

13. **NOTARY'S CERTIFICATE OF SERVICE** dated June 11, 2011 (signed original on file) (1 leaf);

14. **NOTARY'S CERTIFICATE OF SERVICE** dated June 29, 2011 (signed original on file) (2 leaves).

**Exhibit 6**     **ER 919** 006-038

**Case #PR11-002**

Undersigned
Julie K. Fields, Notary public
P.O. Box 1025
Gilbert, Arizona
*Non-Domestic without U.S.*

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# *NOTICE*

## NOTICE OF MISTAKE

Date:  July 5, 2011

To:   Plaintiff
Internal Revenue Service
c/o Chief Financial Officer
1111 Constitution Avenue NW
Washington D.C. 20244-0002
**USPS "Certificate of Mailing" (PS Form 3817)**

Re:   Correction regarding mistake, mailing dated June 29, 2011

NOTICE is hereby given that the Undersigned has made a mistake by omitting a line on the NOTARY'S CERTIFICATE OF SERVICE ("It is hereby certified that on the date noted below, the undersigned Notary Public Mailed to") with a filing dated June 29, 2011

Please find enclosed a corrected copy to replace the incorrect Certificate of Service.

For any inconvenience or offense this may have caused, the Undersigned has only two words for said mistake, "FORGIVE ME".

_____
Authorized Representative

Exhibit 6                    ER 920

006-039

**Case #PR11-002**

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary Public Mailed to:

> Internal Revenue Service
> c/o Chief Financial Officer
> 1111 Constitution Avenue NW
> Washington D.C. 20244-0002
> USPS "Certificate of Mailing" (PS Form 3817)

> Cc: JENNIFER PARDUE, REVENUE OFFICER
> Internal Revenue Service
> 1818 E. Southern Avenue, Suite 15A
> Mesa, AZ 85204-5230
> (480) 917-4025
> USPS "Certificate of Mailing" (PS Form 3817)

hereinafter, "Recipients", the documents and sundry papers pertaining to the Recipient to a certain Form **668-A(ICS)** issued by Department of the Treasury – Internal Revenue Service regarding TAXPAYER: **GORDON L HALL** for **"Notice of Levy"** As Follows:

1. **NOTICE OF TENDER FOR SETOFF** (3 leaves);

2. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf);

3. **CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE** dated June 22, 2011 (1 leaf);

   **EXHIBIT A:**

4. **EXHIBIT A** cover page (1 leaf);

5. **NOTICE TO SETOFF ACCOUNTS** dated June 11, 2011 (2 leaves);

6. **COUPON** in the amount of FOUR MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS (1 leaf);

7. **Notice of Levy** Form **668-A(ICS)** issued by Department of the Treasury – Internal Revenue Service regarding TAXPAYER: **GORDON L HALL**, with banker's acceptance indorsement on front page and reverse page of leaf (1 leaf);

8. **I.R.S. FORM 1040-V PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for Account GORDON L HALL XXX-XX-8459 (1 leaf);

9. **PRIVATE REGISTERED SETOFF BOND NO. GH20110602** dated June 2, 2011 (1 leaf);

10. **UCC-1 FINANCING STATEMENT**, Document No. 29152200002, Filing No. 11-7271659605, dated June 2, 2011 (3 leaves);

**Exhibit 6**          **ER 921**          006-040

11. **UCC-3 FINANCING ASSIGNMENT,** Document No. 29152200003, Filing No. 11-72716646, dated June 2, 2011 (3 leaves);

12. **NOTARY'S CERTIFICATE OF SERVICE** dated June 11, 2011 (signed original on file) (1 leaf); and

13. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated June 29, 2011 (signed original on file) (2 leaves).

These mailings contained a total of twenty-one (21) leaves each. They were sent via the United States Postal Service. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

____June 29, 2011____
DATE

_____
NOTARY PUBLIC

(Seal)

Julie K. Fields, Notary Public
P.O. Box 1025
Gilbert, Arizona 85299

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

**Exhibit 6**          **ER 922**  006-041

Case #PR11-002

Claimant:
> Gordon LeRoy Hall
> c/o Julie K. Fields, Notary Public
> P.O. Box 1025
> Gilbert, Arizona
> *Non-Domestic without U.S.*

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# *NOTICE*

## NOTICE OF TENDER FOR SETOFF

June 28, 2011

Respondent:
> Internal Revenue Service
> c/o Chief Financial Officer
> 1111 Constitution Avenue NW
> Washington D.C. 20244-0002
> USPS "Certificate of Mailing" (PS Form 3817)

Re:  Form **668-A(ICS)** issued by Department of the Treasury — Internal Revenue Service regarding TAXPAYER: **GORDON L HALL** for "Notice of Levy".

WHEREAS, on June 11, 2011 instruments of tender for setoff, hereinafter "TENDER" for the setoff of Form **668-A(ICS)** issued for TAXPAYER: **GORDON L HALL**, hereinafter **"Notice of Levy"**, were presented for setoff to:

> INTERNAL REVENUE SERVICE
> Stop 4440
> P.O. Box 9036
> Ogden, Utah 84201

WHEREAS, on June 22, 2011, the TENDER is deemed accepted for the setoff of the **"Notice of Levy"** in Form **668-A(ICS)** issued by Department of the Treasury – Internal Revenue Service pursuant to and evidenced by the records enclosed herewith.

THEREFORE, Gordon LeRoy Hall, hereinafter "Claimant", requests that the balance of the ACCOUNT be adjusted to Zero dollars ($0.00) to reflect the ledgering of said TENDER.

Enclosed herewith is a Request Regarding a Statement of Account, pursuant to Uniform Commercial Code § 9-210 and its implementation in the state of Arizona, as a record authenticated by the Debtor requesting that the recipient approve or correct the statement. Recipient has Fourteen (14) days to comply with this request and provide an authenticated record.

NOTICE OF TENDER FOR SETOFF                                            Page 1 of 3

**Exhibit 6**                                                          **ER-923**

If the Respondent does not correct the "Request Regarding a Statement of Account" within Fourteen (14) days, then it shall be deemed accepted/approved. Respondent's failure to respond within Fourteen (14) days of the postmark of the presentment of this Notice of Tender for Setoff shall cause the Claimant to have executed a Certificate of Non-Response by the Notary Public listed below. Said Certificate of Non-Response shall serve as evidence of the Respondent's acceptance and/or approval of this Notice of Tender for Setoff and the enclosed Request Regarding a Statement of Account.

Upon the Respondent's acceptance of the Request Regarding a Statement of Account, the Respondent shall credit this matter, hereinafter **"Notice of Levy"** with the TENDER and discharge any and all public and private claims, levies, liens or holdings of the Taxpayer-Debtor, GORDON L HALL resulting from any and all **"Notice of Levy"** in Form **668-A(ICS)** issued by Department of the Treasury – Internal Revenue Service and all variations and derivatives thereof; Respondent shall rescind on any **"Notice of Levy"** and or COLLATERAL being held in regards to this matter in **Form 668-A(ICS)** by executing or causing to be executed a Notice of Rescission regarding **GORDON L HALL** and all variations and derivatives thereof and any other collateral of or relating to the Claimant in Form **668-A(ICS)**, hereinafter **"Notice of Levy"**, and file said Notice of Discharge and dismissal of this matter in the Department of the Treasury – Internal Revenue Service. Respondent shall also execute all procedures for the discharge of all liens and levies or detainers in the **"Notice of Levy"** to the Taxpayer-Debtor GORDON L HALL to hold the Taxpayer-Debtor GORDN L HALL non liable for public performance.

Respondent's failure to execute or cause to be executed the Notice of Discharge of the Form **668-A(ICS)**, hereinafter **"Notice of Levy"** and all variations and derivatives thereof, within Fourteen (14) days of the mailing of the Request Regarding a Statement of Account shall constitute the granting and conveying of a Specific Power of Attorney by the Respondent to the Claimant for the Claimant to execute any and all said instruments effectuate same on behalf of the Respondent. In addition, the Respondent shall also grant and convey a Specific Power of Attorney to the Claimant to execute any and all instruments, communications, or correspondences the Claimant deems necessary for the perfection of the Claimant's paramount security interest in the Taxpayer-Debtor GORDON L HALL.

Respondent shall give notice to the Claimant of the filing of the Discharge of the Form **668-A(ICS)**, hereinafter **"Notice of Levy"** and all variations and derivatives thereof, by mailing certified copies of said instruments to the CLAIMANT through the Notary Public listed below. RESPONDENT'S failure to give notice to the CLAIMANT within Fourteen (14) of the mailing shall be deemed a failure to perform and shall cause the CLAIMANT to have executed a Certificate of Non-Performance by the Notary Public listed below. Said Certificate of Non-Performance shall serve as evidence of the RESPONDENT'S acceptance and/or approval of the granting and conveying of the Specific Power-of-Attorney-in-Fact mentioned above.

Any and all responses, notices, or correspondence regarding this NOTICE OF TENDER FOR SETOFF and REQUEST REGARDING A STATEMENT OF ACCOUNT shall be directed to the Claimant, by U.S.P.S. Certified or Registered Mail, at the following address:

Gordon LeRoy Hall
c/o Julie K. Fields, Notary Public
P.O Box 1025
Gilbert, Arizona
*Non-Domestic without U.S.*

Service in any other manner will be deemed defective on its face.

**SEALS:** The seals on the documents represent that the parties intend the agreement to entail legal consequences.

NOTICE OF TENDER FOR SETOFF

Page 2 of 3

Exhibit 6

ER 924

Executed in Maricopa County, Arizona Republic, this *Twenty-eighth* day of the *Sixth* month in the year of our Lord Two-*Thousand* and *Eleven*. Witness my hand and seal.

Gordon LeRoy Hall, Authorized Representative
For the Accommodation Party & Secured Party Creditor

Cc:

JENNIFER PARDUE, REVENUE OFFICER
Internal Revenue Service
1818 E. Southern Avenue, Suite 15A
Mesa, AZ 85204-5230
(480) 917-4025
USPS "Certificate of Mailing" (PS Form 3817)

**Enclosure(s):**

1. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf);

2. **NOTARY'S CERTIFICATE OF SERVICE** dated June 29, 2011 (2 leaves) (signed original on file);

3. **CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE** dated June 22, 2011 (1 leaf);

**EXHIBIT A:**

4. **EXHIBIT A** cover page (1 leaf);

5. **NOTICE TO SETOFF ACCOUNTS** dated June 11, 2011 (2 leaves);

6. **COUPON** in the amount of FOUR MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS (1 leaf);

7. **Notice of Levy** Form **668-A(ICS)** issued by Department of the Treasury – Internal Revenue Service regarding TAXPAYER: **GORDON L HALL**, with banker's acceptance indorsement on front page and reverse page of leaf (1 leaf);

8. **I.R.S. FORM 1040-V PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for Account GORDON L HALL XXX-XX-8459 (1 leaf);

9. **PRIVATE REGISTERED SETOFF BOND NO. GH20110602** dated June 2, 2011 (1 leaf);

10. **UCC-1 FINANCING STATEMENT**, Document No. 29152200002, Filing No. 11-7271659605, dated June 2, 2011 (3 leaves);

11. **UCC-3 FINANCING ASSIGNMENT**, Document No. 29152200003, Filing No. 11-72716646, dated June 2, 2011 (3 leaves); and

12. **NOTARY'S CERTIFICATE OF SERVICE** dated June 11, 2011 (1 leaf) (signed original on file).

> NOTICE: THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.

**To:** Internal Revenue Service
c/o Chief Financial Officer
1111 Constitution Avenue NW
Washington D.C. 20244-0002

**From:** Gordon LeRoy Hall, Authorized Representative
For the Accommodation Party & Secured Party Creditor

**Re:** **REQUEST REGARDING A STATEMENT OF ACCOUNT FOR "Notice of Levy"** issued by
Department of the Treasury – Internal Revenue Service regarding **GORDON L HALL.**

**REQUEST REGARDING A STATEMENT OF ACCOUNT**
**Pursuant to the Uniform Commercial Code § 9-210 and its implementation in the state of Arizona,
this is a record authenticated by the debtor requesting that the recipient approve or correct a
statement indicating what the debtor believes to be the aggregate amount of unpaid obligations
secured by collateral as of a specified date and reasonably identifying the transaction or
relationship that is the subject of the request. Recipient has fourteen (14) days to comply with this
request and provide an authenticated record.**

## STATEMENT OF ACCOUNT

Date: **June 22, 2011**

Creditor: **Department of the Treasury – Internal Revenue Service**

Debtor: **GORDON L HALL**

Matter: **"Notice of Levy"**

Collateral: **GORDON L HALL**

Balance Due: **$0.00**

I declare under penalty of perjury that the information above is true and correct.

-GORDON L HALL

By: _____
Gordon LeRoy Hall, Authorized Representative
For the Accommodation Party & Secured Party Creditor

REQUEST REGARDING A STATEMENT OF ACCOUNT                                   Page 1 of 1

Exhibit 6                                    ER 926
006-045

# CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE

Arizona Republic )
Maricopa county ) affirm and subscribed:
Without the United States )

**PRESENTMENT**    Be it known, that, the person signing below, a duly empowered Notary Public, at the request

of _____ Gordon LeRoy Hall _____   In care of _____ P.O. Box 1025, Gilbert, Arizona, *Non-domestic without the United States* _____ ;
      Claimant                           Address

did duly present on _____ June 11, 2011 _____ the attached _____ **NOTICE TO SETOFF ACCOUNTS** _____ dated _____ June 11, 2011 _____

to _____ **INTERNAL REVENUE SERVICE, STOP 4440, P.O. BOX 9036, OGDEN, UTAH 84201** _____
_____
    Respondent

signed by _____ Gordon LeRoy Hall _____ requesting **Setoff and/or discharge of any and all alleged obligations, etc. attributed to GORDON L. HALL,**
the time limit having elapsed for a timely response thereto.

**DEFAULT:**    Whereupon, the Notary signing below, for the reason dishonor by non-response/non-performance, does publicly and solemnly certify the dishonor as against all parties it may concern by reason of non-response/non-performance thereof and **stipulations therein.**

**NOTICE:**    The undersigned Notary, certifies that as of _____ June 11, 2011 _____ NOTICE TO SETOFF ACCOUNTS were sent to the parties noted below by depositing in an official depository under the exclusive face and custody of the United States Post Office a sealed envelope containing said Notices(s) directed to the respective person or entity at the last known corresponding address noted below:

| NAME | ADDRESS |
|---|---|
| INTERNAL REVENUE SERVICE | STOP 4440, P.O. BOX 9036, OGDEN, UTAH 84201 |

**TESTIMONY**    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Julie K. Fields_
Notary

Executed on: _____ June 22, 2011 _____

Julie K. Fields
P.O. Box 1025
Gilbert, Arizona
*Non-domestic without the United States*

---

## CERTIFICATION OF DUE PRESENTMENT OF NOTICE UNDER NOTARY SEAL

**Date of Presentment:**    June 11, 2011

**Notice Presented Under Seal:**    **NOTICE TO SETOFF ACCOUNTS**

**Notary's Certification:**    The above-noted parties were presented notice under notary seal that certification of non-response/non-performance within ten (10) days of postmark would comprise their acceptance of the terms and conditions contained therein, the time having elapsed for response or performance thereof, which was dishonored.

**Exhibit 6**                  **ER 927**

006-046

## "EXHIBIT A"

## RECORD OF PRESENMENT

For *NOTICE*: NOTICE TO SETOFF ACCOUNTS TO I.R.S STOP 4440

1. **NOTICE TO SETOFF ACCOUNTS** dated June 11, 2011 (2 leaves);

2. **COUPON** in the amount of FOUR MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS (1 leaf);

3. **"Notice of Levy"** Form **668-A(ICS)** issued by Department of the Treasury – Internal Revenue Service regarding TAXPAYER: **GORDON L HALL**, with banker's acceptance indorsement on front page and reverse page of leaf (1 leaf);

4. **I.R.S. FORM 1040-V PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for Account GORDON L HALL XXX-XX-8459 (1 leaf);

5. **PRIVATE REGISTERED SET OFF BOND NO. GH20110602** dated June 2, 2011 (1 leaf);

6. **UCC-1 FINANCING STATEMENT**, Document No. 29152200002, Filing No. 11-7271659605, dated June 2, 2011 (3 leaves);

7. **UCC-3 FINANCING ASSIGNMENT**, Document No. 29152200003, Filing No. 11-72716646, dated June 2, 2011 (3 leaves); and

8. **NOTARY'S CERTIFICATE OF SERVICE** dated June 11, 2011 (1 leaf) (signed original on file).

Exhibit 6 — ER 928
006-047

Case #PR11-002

Principal:
Gordon LeRoy Hall
c/o Julie K. Fields, Notary Public
P.O. Box 1025
Gilbert, Arizona
*Non-Domestic without U.S.*

### THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# *NOTICE*

## NOTICE TO SETOFF ACCOUNTS

Date of Notice:     June 11, 2011

Notice for:     INTERNAL REVENUE SERVICE
Stop 4440
P.O. Box 9036
Ogden, Utah 84201

Service by:     Registered Mail Article No. RE 261 087 054 US, with return receipt

In the matter of:     Enclosed tender for setoff of Form 668-A(ICS), hereinafter "Notice of Levy", issued for GORDON L HALL, IDENTIFYING NUMBER(S): ▉▉▉-8459

Please find enclosed, the following instruments:

1.  <u>Original</u> **COUPON** in the amount of FOUR MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS (1 leaf);
2.  <u>Original</u> Form 668-A(ICS), hereinafter "**Notice of Levy**", issued for GORDON L HALL, IDENTIFYING NUMBER(S): ▉▉▉-8459 dated 4/18/2011 duly indorsed as follows:
    a.  "ACCEPT FOR VALUE"
    b.  "RETURN FOR VALUE"
    c.  "EXEMPT FROM LEVY"
    d.  "DISCHARGE ALL PRESENTMENTS AND RELATED FEES"
    e.  "ADJUST THE BALANCE TO ZERO"
    f.  "PRIVATE PREPAID TREASURY EXEMPTION # 552988459"
    g.  "CHARGE THE SAME TO: GORDON L HALL 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"
    h.  "(signature) (date) (seal)";
3.  <u>Original</u> I.R.S. Form 1040-V Payment Voucher, duly indorsed as follows:
    a.  "ACCEPT FOR VALUE – RETURN FOR VALUE"
    b.  "EXEMPT FROM LEVY – PREPAID COMMON STOCK"
    c.  "DISCHARGE ALL PRESENTMENTS AND RELATED FEES"
    d.  "ADJUST THE BALANCE TO ZERO"
    e.  "PRIVATE PREPAID TREASURY EXEMPTION # 552988459"
    f.  "CHARGE THE SAME TO: GORDON L HALL 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"
    g.  "(signature) (date) (seal)";
4.  <u>Original</u> PRIVATE REGISTERED SET OFF BOND NO. GH20110602, dated June 2, 2011 (1 leaf);

**Exhibit 6**          **ER 929** 006-048

5. <u>Reference copy</u> UCC-1 Financing Statement, Document No. 29152200002, Filing No. 11-7271659605, dated June 2, 2011 (3 leaves);

6. <u>Reference copy</u> UCC-3 Financing Assignment, Document No. 29152200003, Filing No. 11-72716646, dated June 2, 2011 (3 leaves); and

7. <u>Reference copy</u> Notary's Certificate of Service (signed original on file) (1 leaf).


These instruments are being tendered by Gordon LeRoy Hall, hereinafter "Principal", for the set off of **Form 668-A(ICS)**, hereinafter **"Notice of Levy"** issued for TAXPAYER: **GORDON L HALL** by Department of the Treasury – Internal Revenue Service and are to be used to affect debit and credit accounting transactions for the settlement and closure of said account. If any of the enclosed instruments contain any defects or are incorrect, incomplete, or inaccurate, please return the same to the Principal via the Notary Public at the address shown above within 10 days from the date of receipt.


Please exercise ordinary care, as the party entitled to enforce these instruments, to ensure that all debit or credit transactions ledgered to account GORDON L HALL 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 are done so in the best interest of the United States Treasury.


Sincerely,



By: _____
Gordon LeRoy Hall, Authorized Representative

**Exhibit 6**          **ER 930**   006-049

# COUPON

| 668-A(ICS) | | Department of the Treasury — Internal Revenue Service |
| --- | --- | --- |
| | | Notice of Levy |

DATE: 04/18/2011

REPLY TO: Internal Revenue Service
    JENNIFER PARDUE
    1818 E SOUTHERN AVE STE 15
    MS: 5117 PARDUE
    MESA, AZ 85204

TO:    UNITED STATES DISTRICT COURT
    DISTRICT COURT CLERKS OFFICE ARIZONA
    SANDRA DAY O'CONNER U.S. COURTHOUSE
    401 W. WASHINGTON ST SUITE 130
    PHOENIX, AZ 85003

TELEPHONE NUMBER
OF IRS OFFICE: (480)503-7285

NAME AND ADDRESS OF TAXPAYER
GORDON L HALL
1408 W HEATHER AVE
GILBERT, AZ 85233-4125

IDENTIFYING NUMBER(S):    -8459

HALL

Comments: This levy attaches to the $50,000 cash bond. We expect disbursement of the bond to the IRS only when the court determines the bond is to be released.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
| --- | --- | --- | --- | --- |
| 1040 | 12/31/1996 | $584,971.42 | $286,649.96 | $871,621.38 |
| 1040 | 12/31/1997 | $388,600.48 | $212,761.40 | $601,361.88 |

| | Total Amount Due | $1,472,983.26 |
| --- | --- | --- |

THIS LEVY WON'T ATTACH FUNDS IN AN IRA, SELF-EMPLOYED INDIVIDUAL'S RETIREMENT PLAN, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT.

We figured the interest and late payment penalty to  05/18/2011

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.

If you decide to pay the amount you owe now, please bring a guaranteed payment (cash, cashier's check, certified check or money order) to the nearest IRS office with this form so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for honoring the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
| --- | --- |
| /S/ JENNIFER PARDUE | REVENUE OFFICER |

Part 4   For Taxpayer

Form 668-A(ICS) (7-2002)

Account: 552988459

$4,500,000.00

Authorized Representative
For Gordon LeRoy Hall

Exhibit 6      ER 931
006-050

**Exhibit 6** **ER 932** 006-051

Form 668-A(ICS)
(Rev. July 2002)

Department of the Treasury — Internal Revenue Service
**Notice of Levy**

DATE: 04/18/2011

REPLY TO: **Internal Revenue Service**
JENNIFER PARDUE
1818 E SOUTHERN AVE STE 15
MS: 5417 PARDUE
MESA, AZ 85204

TELEPHONE NUMBER
of IRS OFFICE: **(480)503-7285**

NAME AND ADDRESS OF TAXPAYER:
GORDON L HALL
3908 W HEATHER AVE
GILBERT, AZ 86233-4125

TO: **UNITED STATES DISTRICT COURT**
DISTRICT COURT CLERKS OFFICE ARIZONA
SANDRA DAY O'CONNER U.S. COURTHOUSE
401 W WASHINGTON ST SUITE 130
PHOENIX, AZ 85003

IDENTIFYING NUMBER(S): -9459

HALL

*[handwritten diagonal text overlaid across form]:*
*ACCEPTED FOR VALUE*
*RETURNED FOR VALUE*
*EXEMPT FROM LEVY*
*DISCHARGE ALL PREPAYMENTS AND RELATED FEES*
*ADJUST THE BALANCE TO ZERO*
*PRIVATE PREPAID TREASURY EXEMPTION:*
*CHARGE THE SAME TO: -9459*
*GORDON L HALL*

Comments: This levy attaches to the $50,000 cash bond. We expect disbursement of the bond to the IRS only when the court determines the bond is for the release.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|-------------|------------------|------------------------------|---------------------|-------|
| 1040 | 12/31/1996 | $584,971.42 | $286,849.96 | $871,821.38 |
| 1040 | 12/31/1997 | $388,600.48 | $212,761.40 | $601,361.88 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⟹

| Total Amount Due | $1,472,983.26 |
|---|---|

We figured the interest and late payment penalty to 05/18/2011

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.

If you decide to pay the amount you owe now, please bring a guaranteed payment (cash, cashier's check, certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

Signature of Service Representative
S/ JENNIFER PARDUE

Title
REVENUE OFFICER

Part 4 — For Taxpayer

Form 668-A(ICS) (7-2002)

**Exhibit 6**     **ER 933**     006-052

Excerpts from the Internal Revenue Code

* * * * * *

**Sec. 6331. LEVY AND DISTRAINT.**

**Sec. 6343. AUTHORITY TO RELEASE LEVY AND RETURN PROPERTY.**

(a) Release of Levy and Notice of Release.—

(1) In general.—Under regulations prescribed by the Secretary, the Secretary shall release the levy upon all, or part of, the property or rights to property levied upon and shall promptly notify the person upon whom such levy was made (if any) that such levy has been released if—

(A) the liability for which such levy was made is satisfied or becomes unenforceable by reason of lapse of time,

(B) release of such levy will facilitate the collection of such liability,

(C) the taxpayer has entered into an agreement under section 6159 to satisfy such liability by means of installment payments, unless such agreement provides otherwise,

(D) the Secretary has determined that such levy is creating an economic hardship due to the financial condition of the taxpayer, or

(E) the fair market value of the property exceeds such liability and release of the levy on a part of such property could be made without hindering the collection of such liability.

...

**Applicable Sections of Internal Revenue Code**

6321. LIEN FOR TAXES.
6322. PERIOD OF LIEN.
6325. RELEASE OF LIEN OR DISCHARGE OF PROPERTY.
6331. LEVY AND DISTRAINT.
6332. SURRENDER OF PROPERTY SUBJECT TO LEVY.
6333. PRODUCTION OF BOOKS.
6334. PROPERTY EXEMPT FROM LEVY.
6343. AUTHORITY TO RELEASE LEVY AND RETURN PROPERTY.
7426. CIVIL ACTIONS BY PERSONS OTHER THAN TAXPAYERS.
7429. REVIEW OF JEOPARDY LEVY OR ASSESSMENT PROCEDURES.

For more information about this notice, please call the phone number on the front of this form.

Form 668-A(ICS) (1-2003)

Exhibit 6      ER 934      006-053

# 20**10** Form 1040-V



**Department of the Treasury
Internal Revenue Service**

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2010 Form 1040, Form 1040A, or Form 1040EZ. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill in Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

• Make your check or money order payable to the "United States Treasury." Do not send cash.

• Make sure your name and address appear on your check or money order.

• Enter your daytime phone number and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return. Also enter "2010 Form 1040," "2010 Form 1040A," or "2010 Form 1040EZ," whichever is appropriate.

• To help us process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX xx/100").

## How To Send In Your 2010 Tax Return, Payment, and Form 1040-V

• Detach Form 1040-V along the dotted line.

• Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

• Mail your 2010 tax return, payment, and Form 1040-V to the address shown on the back that applies to you.

Cat. No. 20975C

Form **1040-V** (2010)

▼ Detach Here and Mail With Your Payment and Return ▼

| Form **1040-V** Department of the Treasury Internal Revenue Service (99) | Payment Voucher ▶ Do not staple or attach this voucher to your payment or return. | | | OMB No. 1545-0074 20**10** |
|---|---|---|---|---|

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| 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 | | | | |

**4 Your first name and initial**  GORDON L.  
**Last name**  HALL  

If a joint return, spouse's first name and initial  
Last name  

**Home address (number and street)**  3546 EAST PRESIDIO CIRCLE  Apt. no.  

City, town or post office, state, and ZIP code (if a foreign address, enter city, province or state, postal code, and country.)  
MESA, ARIZONA 85213  

For Paperwork Reduction Act Notice, see your tax return instructions.

Cat. No. 20975C

Exhibit 6     ER 935
006-054

**Case No. PR11-002**

Undersigned:
Gordon LeRoy Hall
c/o Benton Hall, Notary Public
3546 E. Presidio
Mesa, Arizona
Non-Domestic without the US

### THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT
Applicable to all Successors and Assigns

# NOTICE

## CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE

Dated: April 20, 2011 *nunc pro tunc*

Offeror:
JENNIFER PARDUE
1818 E Southern AVE STE 15
MS: 5117 PARDUE
MESA, AZ 85204
USPS "Certificate of Mailing" (PS Form 3817)

Re:   **Notice of Levy**

COMES NOW, Gordon LeRoy Hall, Secured Party Creditor and Accommodation Party having an interest in the collateral belonging to the TAXPAYER GORDON L. HALL, hereinafter "Undersigned". The Undersigned has received from Internal Revenue Service, JENNIFER PARDUE, 1818 East Southern Avenue STE 15, Mesa, AZ 85204, hereinafter "Offeror", a NOTICE OF LEVY, Form 668-A(ICS) dated 4/18/2011, "This levy attaches to the $50,000.00 cash bond" held by UNITED STATES DISTRICT COURT, DISTRICT COURT CLERKS OFFICE ARIZONA, SANDRA DAY O'CONNER U.S. COURTHOUSE, 401 W. WASHINGTON STREET SUITE 130, PHOENIX, AZ 85003, hereinafter "Offer".

The Undersigned conditionally accepts Offeror's Offer upon proof of claim that:

1.   The Taxpayer-Debtor GORDON L. HALL has any equitable or legal title interest in the subject matter of said levy against the collateral known as the $50,000.00 cash bond, hereinafter "Bond" making the Offer moot as it applies to the Taxpayer and a wrongful conversion as it may apply to the bondsman (Better Choice Bail Bonds).

Page 1 of 4

Exhibit 6     ER 936   006-055

2. The record attached hereto and incorporated herein as if fully reproduced herein as "EXHIBIT A", does not establish that the "total amount due" of $1,472,983.26 has not been zeroed by the stipulation of the Chief Financial Officer of the Internal Revenue Service making any process and execution of the Offer moot, stultification of the Undersigned, malversation, and barratry.

The Offeror has Ten (10) days from receipt of this **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE**, hereinafter "NOTICE", and the enclosed **AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT**, hereinafter "AFFIDAVIT", to respond on a point-by-point basis, via sworn affidavit, under Offeror's full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading. Mere declarations are an insufficient response. If an extension of time is needed by the Offeror to properly answer, please request said time extension in writing to the Undersigned.

**REPLY TO** the Undersigned through the third party witness and address given below.

In Witness Whereof, I have hereunto set my hand and seal.

_____
Undersigned

**Please direct responses to third party public witness:**

Benton Hall, Notary Public
3546 E. Presidio Cr.
Mesa, Arizona 85213

Enclosure(s):

1. "EXHIBIT A" (42 leaves); and

2. Original Offer from Offeror (2 leaves).

Cc:  UNITED STATES DISTRICT COURT
     DISTRICT COURT CLERKS OFFICE ARIZONA
     SANDRA DAY O'CONNER U.S. COURTHOUSE
     401 W. WASHINGTON STREET SUITE 130
     PHOENIX, AZ 85003
     **USPS "Certificate of Mailing" (PS Form 3817)**

     Better Choice Bail Bonds
     1010 East Indian School
     Phoenix, Arizona 85014
     **USPS "Certificate of Mailing" (PS Form 3817)**

Page 2 of 4

**Exhibit 6**      **ER 937**
006-056

# AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT

The undersigned Affiant, Gordon LeRoy Hall, hereinafter "Affiant", does solemnly affirm, declare and state as follows:

1. Affiant is competent to state the matters set forth herein;

2. Affiant has firsthand knowledge of the facts contained herein;

3. All the facts herein stated are true, correct and complete, admissible as evidence. If called upon as a witness, Affiant will testify to their veracity;

4. There is no evidence that the Taxpayer-Debtor GORDON L. HALL has any equitable or legal title interest in the subject matter of said levy against the collateral known as the $50,000.00 cash bond, hereinafter "Bond" making the Offer moot as it applies to the Taxpayer and a wrongful conversion as it may apply to the bondsman (Better Choice Bail Bonds), and Affiant believes none exists, and;

5. There is no evidence that the record attached hereto and incorporated herein as EXHIBIT A, does not establish that the "total amount due" of $1,472,983.26 has not been zeroed by the stipulation of the Chief Financial Officer of the Internal Revenue Service making any process and execution of the Offer moot, stultification of the Undersigned, malversation, and barratry, and Affiant believes none exists.

FURTHER AFFIANT SAYETH NAUGHT

## Commercial Affidavit Oath and Verification

| | | |
|---|---|---|
| Arizona republic | ) | |
| | ) | **affirmed and subscribed:** |
| Maricopa county | ) | |

I, Gordon LeRoy Hall, Secured Party Creditor, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

Gordon LeRoy Hall, Secured Party Creditor
ALL RIGHTS RESERVED

Page 3 of 4

Exhibit 6     ER 938   006-057

## JURAT

State of Arizona      )
                          ) ss:
Maricopa County   )

ON THIS 1st DAY of August 2011, before me, the undersigned Notary Public,

personally appeared  Gordon LeRoy Hall  and provided satisfactory evidence that

he was that individual. In my presence he executed the foregoing instrument for

the purposes stated therein and acknowledged that said execution was by his free

act and deed.

(seal)

NOTARY PUBLIC

Benton Hall
3546 E. Presidio Circle
Mesa, Arizona 85213

Page 4 of 4

Exhibit 6

Case #PR11-002

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary Public mailed to:

>JENNIFER PARDUE
>1818 E. Southern Avenue, STE 15
>MS: 5117 PARDUE
>MESA, AZ 85204
>(480) 917-4025
>**USPS "Certificate of Mailing" (PS Form 3817)**

>UNITED STATES DISTRICT COURT
>DISTRICT COURT CLERKS OFFICE ARIZONA
>SANDRA DAY O'CONNER U.S. COURTHOUSE
>401 W. WASHINGTON STREET SUITE 130
>PHOENIX, AZ 85003
>**USPS "Certificate of Mailing" (PS Form 3817)**

>Better Choice Bail Bonds
>1010 East Indian School
>Phoenix, Arizona 85014
>**USPS "Certificate of Mailing" (PS Form 3817)**

hereinafter, "Recipients," the documents and sundry papers pertaining to Form **668-A(ICS)** issued by Department of the Treasury – Internal Revenue Service regarding TAXPAYER: **GORDON L HALL** for "**Notice of Levy**".

1. **NOTICE: CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE** dated April 20, 2011 *nunc pro tunc (*signed original on file) (4 leaves);
2. **"Notice of Levy" Form 668-A(ICS) issued by Internal Revenue Service for TAXPAYER: GORDON L HALL being returned with envelope to JENNIFER PARDUE** (2 leaves);
3. **CERTIFICATE OF ADMINISTRATIVE JUDGMENT (Private Registered Security Interest No. PR11-002)** dated July 26, 2011 (Signed original on file) (1 leaf);
4. **UCC FINANCING STATEMENT referencing Administrative Judgment between Gordon LeRoy Hall, hereinafter "Undersigned", and the Chief Financial Officer, hereinafter "Respondent", of the Internal Revenue Service, Document No. 29862680002, Filing No. 11-7279405723,** dated August 2, 2011 (3 leaves);
5. **"EXHIBIT A" RECORD OF PRESENTMENT For: Completed Administrative Process** including cover page (43 leaves); and
6. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated August 2, 2011 (signed original on file) (2 leaves).

These mailings contained a total of fifty-five (55) leaves each. They were sent via the United States Postal Service under the control, direction, and instruction by reference USPS "Certificate of Mailing" (PS Form 3817). The aforesaid mailings were placed in postpaid envelopes properly addressed to the

**Exhibit 6**      **ER 940**
006-059

Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

Witness my hand and official seal I have set hereunto.


August 2, 2011

DATE

NOTARY PUBLIC

Benton Hall

3546 East Presidio Circle

Mesa, Arizona 85213

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Exhibit 6                    ER 941    006-060

ACCEPT FOR VALUE – RETURN FOR VALUE
EXEMPT FROM LEVY – PREPAID COMMON STOCK
DISCHARGE ALL PRESENTMENTS AND RELATED FEES
ADJUST THE BALANCE TO ZERO
PRIVATE PREPAID TREASURY EXEMPTION # 552988459
CHARGE THE SAME TO: GORDON L HALL 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

SIGNATURE

DATE

**Exhibit 6**      **ER 942**

006-061



007-001

Exhibit 7                    ER 943



INTERNATIONAL CASE NO. PR-20121206-AJ-061

**THIS IS A PRIVATE ADMINISTRATIVE PROCEEDING**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE OF CLAIM

6 December 2012

Claimant:    Gordon LeRoy Hall
c/o Brighton-Nicole Jorgensen, Presenter
1635 North Greenfield Road, Suite 126
Mesa, Arizona Republic

Respondent(s):    **Pamela LaRue, Chief Financial Officer**
c/o Internal Revenue Service
1111 Constitution Avenue NW
Washington, D.C. 20244-0002
**(Registered Mail # RE 261 089 143 US)**

**RE:**    **Tax Periods ending 1996 and 1997, TAXPAYER GORDON L. HALL [SSN. 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].**

Notice is hereby given to the following parties: Pamela LaRue d/b/a Chief Financial Officer for the Internal Revenue Service, and all agents, principals, assigns or successors thereof (collectively, the "RESPONDENTS"), of the rights, titles, and interests of Gordon LeRoy Hall (the "CLAIMANT") in Tax Periods ending 1996 and 1997 for Taxpayer GORDON L. HALL [SSN. 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]. This Notice of Claim (this "NOTICE"), dated as of 6 December 2012 (the "EFFECTIVE DATE"), with the instruments enclosed herewith and referenced herein (collectively, this "PRESENTMENT"), is being presented for the purposes of: 1. informing the RESPONDENTS of the claims in the COLLATERAL by the CLAIMANT; 2. discharging all rights, titles, and interests of the RESPONDENTS in the COLLATERAL; and 3. charging the RESPONDENTS with the duties, obligations, liabilities, and restraints accrued by the receipt of this PRESENTMENT. **WARNING: Any actions taken by the RESPONDENTS, regarding the above referenced matters, without honoring the terms of this PRESENTMENT, may unlawfully prejudice the CLAIMANT's rights, titles, and interests, and subject the RESPONDENTS to liabilities for trespass.**

## I.    NOTICE TO SETOFF ACCOUNTS

Enclosed herewith is a negotiable instrument, Certified Payment Bond, Number 20121206-GH-061 (the "TENDER"), tendered for the setoff of Pamela LaRue d/b/a Chief Financial Officer for Internal Revenue Service, GORDON L. HALL Account No. 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 (the "ACCOUNT").

The CLAIMANT hereby charges the RESPONDENTS with the fiduciary duty of adjusting the balance of the ACCOUNT to Zero dollars ($0.00) to reflect the ledgering of the TENDER. The RESPONDENTS shall NOT refuse, return, or challenge the TENDER unless: 1. a Notice of Dishonor from the drawee of the TENDER accompanies said refusal, return, or challenge; or 2. unless a defect in the TENDER is identified and verified by the RESPONDENTS. The CLAIMANT and the RESPONDENTS (collectively, the "PARTIES") stipulate that the RESPONDENTS failure to perform pursuant to the aforementioned terms is a breach of the RESPONDENTS fiduciary duty.

Enclosed herewith, and incorporated herein by this reference, is an Account Authorization letter (the "ACCOUNT AUTHORIZATION"), executed by GORDON L. HALL (the "DEBTOR"), authorizing the RESPONDENTS to release any and all information regarding the ACCOUNT to the CLAIMANT. Pursuant to the ACCOUNT AUTHORIZATION the RESPONDENTS are hereby directed to convey any and all correspondences and communications regarding the ACCOUNT to the CLAIMANT, through the third-party adjudicator, Benton Tyler Thomas Hall (the "ADJUDICATOR") of the International Court of Adjudicators, at the address given below in **Section V** of this NOTICE.

Enclosed herewith, and incorporated herein by this reference, is a Request Regarding a Statement of Account (the "ACCOUNT STATEMENT"), as a record authenticated by the DEBTORS, charging the RESPONDENTS with the responsibility of approving or correcting the statement. The RESPONDENTS have Twenty (20) days to honor the terms of the ACCOUNT STATEMENT and provide an authenticated record.

If the ACCOUNT STATEMENT is not corrected by the RESPONDENTS within Twenty (20) days, then it shall be deemed accepted and approved as an accurate and correct statement of the ACCOUNT. The RESPONDENTS' failure to respond within Twenty (20) days of the postmark of the presentment of this NOTICE shall cause the CLAIMANT to have executed a Certificate of Claim, by the ADJUDICATOR, of this administrative proceeding.

---

**NOTICE OF CLAIM**                                  **Page**

The Certificate of Claim executed by the ADJUDICATOR, along with this PRESENTMENT, shall comprise a record of the PARTIES stipulation with the validity of the merits of the claims, rights, titles, and interests asserted by the CLAIMANT with this PRESENTMENT.

## II.  NOTICE TO DISCHARGE COLLATERAL

The RESPONDENTS' acceptance of the ACCOUNT STATEMENT hereby charges the RESPONDENTS with the duty of rescinding any and all Notice(s) of Default, Notice(s) of Levy, Notice(s) of Deficiency, Notice(s) of Garnishment, and GORDON L. HALL (collectively, the "ENCUMBRANCES") by executing, or causing to be executed, all GORDON L. HALL necessary for the discharging of the ENCUMBRANCES, regarding the COLLATERAL, and with the filing of said rescission of GORDON L. HALL in/with the Internal Revenue Service, the United States Treasury, and the Maricopa County Recorder.

The RESPONDENTS' acceptance of the ACCOUNT STATEMENT hereby charges the RESPONDENTS with the duty of discharging any and all encumbrances, liens, claims, or security interests on or in the COLLATERAL, including but not limited to the executing or causing to be executed GORDON L. HALL and filing said rescission of GORDON L. HALL in/with the Internal Revenue Service, the United States Treasury, and the Maricopa County Recorder.

The RESPONDENTS are hereby charged with giving notice of the discharge of the COLLATERAL, to the CLAIMANT, by providing certified copies of the recission of GORDON L. HALL and/or TAXPAYER GORDON L. HALL  [SSN: 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] by mailing said certified copies to the CLAIMANT through the ADJUDICATOR at the location set forth in *Section V* of this NOTICE.

## III.  NOTICE OF INTEREST

Pursuant with the discharging of all rights, titles and interests of the RESPONDENTS, in the COLLATERAL, by the CLAIMANT with this PRESENTMENT, and the Commercial Instrument, 1040 Tax periods 1996 and 1997 (the "SECURITY AGREEMENT"), this is actual and constructive notice of the CLAIMANT's paramount security interest and exclusive right to possession in the following collateral:

1.  The TAXPAYER GORDON L. HALL [SSN: 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] at address 3546 East Presidio Circle, Mesa, Arizona, United States, 85213;

2.  All personal and real property, registered and unregistered, belonging to the DEBTOR (the "UNNAMED COLLATERAL").

The value of the CLAIMANT's claim in the collateral is: Four Million Four Hundred Eighty-Nine Thousand Nine Hundred Forty and 85/100 Dollars ($4,489,940.85).

The CLAIMANT's rights, titles, and interests in said collateral is secured and perfected pursuant to the filing of the record for the SECURITY AGREEMENT in the commercial registry of the California Secretary of State on 6 December 2012 as Uniform Commercial Code File Number 12-7339671241/Document Number 35647020002.

## IV.  NOTICE TO CEASE AND DESIST

Pursuant to the CLAIMANT's paramount security interest and exclusive right to possession of the COLLATERAL, the RESPONDENTS are hereby given notice to **CEASE AND DESIST** from any further action in regards to the possession of the COLLATERAL.

Pursuant to the discharge of the RESPONDENTS' interests in the COLLATERAL, and the CLAIMANT's paramount security interest and exclusive right to possession of the COLLATERAL, the RESPONDENTS are hereby given notice to **CEASE AND DESIST** from any and all actions, litigations, and enforcements of any and all writs and/or orders, regarding the title and/or possession of the COLLATERAL, and regarding the settlement of the ACCOUNT.

Pursuant to the discharge of the RESPONDENTS' interests in the COLLATERAL, and the ACCOUNT AUTHORIZATION, the RESPONDENTS are hereby given notice to **CEASE AND DESIST** from any further correspondences and communications with the DEBTOR.

**Exhibit 7**                    **ER 945**
007-003

## V.  NOTICE OF ADMINISTRATIVE REVIEW

All correspondences, responses, notices, claims, and records regarding: the ACCOUNT, the COLLATERAL, the PARTIES, and the DEBTOR, including but not limited to, this PRESENTMENT (collectively, the "ADMINISTRATIVE PROCEEDING") must reference the ADMINISTRATIVE PROCEEDING by the following Case Number: **PR-20121206-AJ-061** and shall be presented through, or filed with, the ADJUDICATOR, an independent third-party. The purpose for the ADMINISTRATIVE PROCEEDING is:

1.  To acquire an accurate and unbiased record, by a third-party whose business it is to keep such records, of the course of dealings, the course of performance, the usage of trade, and the exercise of ordinary care by and between the PARTIES; and

2.  To determine the rights, titles, and interests of the PARTIES with regards to the COLLATERAL; and

3.  To determine the duties, obligations, and liabilities accrued by the PARTIES; and

4.  To determine the authorities, powers, rights, titles, and interests conveyed, granted, and acquired by and between the PARTIES; and

5.  To determine any violations of the law of the ADMINISTRATIVE PROCEEDING and private international law; and

6.  To acquire any certifications, judgments, decrees, orders, and verdicts warranted by the merits of the ADMINISTRATIVE PROCEEDING.

The PARTIES hereby stipulate that the determinations, certifications, judgments, decrees, orders, and verdicts issued as a result of the ADMINISTRATIVE PROCEEDING shall be binding upon the PARTIES.

The ADMINISTRATIVE PROCEEDING is hereby being executed and governed under private international law.

All service of process, regarding the ADMINISTRATIVE PROCEEDING, must be made through, or recorded with, the ADJUDICATOR, by Registered Mail for appropriate certification, at the following location:

> **Benton Tyler Thomas Hall**
> **c/o International Court of Adjudicators**
> **1635 North Greenfield Road, Suite 126**
> **Mesa, Arizona Republic**

Service in any other manner will be deemed defective on its face.

## VI.  DISHONOR

After Twenty (20) days of the postmark of the presentment of this NOTICE the ADJUDICATOR shall execute a Certificate of Claim, certifying the RESPONDENTS' dishonor, upon the following conditions:

1.  The RESPONDENTS' failure to provide a Notice of Dishonor from the drawee of the TENDER or to identify and verify, under penalty of perjury, a defect in the TENDER, thereby constituting the RESPONDENTS' agreement to the efficacy and sufficiency of the TENDER to setoff the ACCOUNT and discharge the COLLATERAL; or

2.  The RESPONDENTS' failure to correct the ACCOUNT STATEMENT and provide an authenticated record of said correction constituting RESPONDENTS' approval and acceptance of the aggregate amount of unpaid obligations for the ACCOUNT is Zero dollars ($0.00); or

3.  The RESPONDENTS' failure to execute, cause to be executed, and give notice of the execution of the Debtor GORDON L. HALL and/or TAXPAYER GORDON L. HALL [SSN. 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], the RESPONDENTS' dishonor shall constitute:

    a.  The RESPONDENTS' agreement with the CLAIMANT's claim of a paramount security interest in the COLLATERAL; and

    b.  The RESPONDENTS' agreement with the CLAIMANT's claim of the exclusive right to possession of the COLLATERAL; and

    c.  The RESPONDENTS' inability and failure to state a claim upon which relief may be granted; and

    d.  The RESPONDENTS' agreement that any attempts by the RESPONDENTS, their agents, officers, assigns, and successors to prejudice, hinder, obstruct, or impede the CLAIMANT's claims are a violation of the law; and

    e.  The RESPONDENTS' conveyance and granting of a specific power of attorney to the CLAIMANT, or any agents thereof, for the execution of any instruments, communications, or correspondences, deemed necessary by the CLAIMANT, for the preservation of the CLAIMANT's paramount security interest in the COLLATERAL; and

Exhibit 7                                              ER 946
007-004

f.    The RESPONDENTS' conveyance and granting of a specific power of attorney to the CLAIMANT for the execution of any instruments, communications, or correspondences, deemed necessary by the CLAIMANT, for the preservation of the CLAIMANT's exclusive right to possession of the COLLATERAL; and

g.    The RESPONDENTS' admission to committing the following tortious acts and crimes: Theft of Funds, Slander and Libel of the DEBTOR, Dishonor in Commerce, Fraud, Collusion, Racketeering, and Conspiracy; and

h.    The RESPONDENTS' admission of a liability to the CLAIMANT with a value of Four Million Four Hundred Eighty-Nine Thousand Nine Hundred Forty and 85/100 Dollars (the "LIABILITY"); and

i.    The RESPONDENTS' acceptance of having any and all property, real and/or personal, registered and/or unregistered, secured as collateral for the LIABILITY; and

j.    The RESPONDENTS' agreement to being personally liable for any and all damages incurred by the DEBTOR or the CLAIMANT pursuant to any actions in breach of the terms of this PRESENTMENT; and

k.    The RESPONDENTS' granting of *in personam* jurisdiction to the International Court of Adjudicators, and any adjudicator and/or tribunal of the International Court of Adjudicators, including but not limited to the ADJUDICATOR; and

l.    The RESPONDENTS' waiver of any and all limited liability protections and immunities.

Executed in Maricopa County, Arizona, without the incorporated United States, this Sixth day of the Twelfth month in the year Two Thousand Twelve.   Witness my hand and seal.

By: _____

Gordon LeRoy Hall, Priority Security Interest Holder in the
TAXPAYER GORDON L. HALL [SSN. 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]

NOTICE OF CLAIM                                                                                    Page 4 of 4

Exhibit 7                                          ER 947
007-005

# PRIVATELY REGISTERED SETOFF BOND

**BOND NUMBER**
**20121206-GH-061**

# $4,489,940.85

**REGISTERED**
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 35647020002
UCC FILING NO.: 12-7339671241

**Pay to the Order of:** UNITED STATES TREASURY ("PAYEE")
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

**Issue Date: December 6, 2012**

**Maturity Date: December 6, 2042**

**For Further Credit to:** Pamela LaRue, d/b/a/ Chief Financial Officer for Internal Revenue Service and any Successors and/or Assigns, for Account No. 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, in behalf of GORDON L. HALL for Tax Periods ending 1996 and 1997.

**By/On/Through:** Gordon LeRoy Hall, Surety ("Creditor")
Private Offset Account No. 552988459

**WHEREAS** only fiat money exists in circulation for the discharge of debts, and

**WHEREAS** this instrument is intended to constitute a Privately Registered Setoff Bond,

**BE IT KNOWN THAT:**

This Privately Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;

The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Privately Registered Setoff Bond for the purposes of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;

By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for any amount up to and including **Four Million Four Hundred Eighty-Nine Thousand Nine Hundred Forty and 85/100 United States Dollars ($4,489,940.85)** thereby honorably discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Privately Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to:

Timothy F. Geithner ("Secretary")
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.                    PAYEE enter the amount due below

$ [  |  |  |  |  |  |  | . |  |  ]

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Sixth day of the Twelfth month in the year of our Lord Two Thousand and Twelve.*

By: _____
Gordon LeRoy Hall, Surety/Underwriter
Exemption ID # 552988459
Non-domestic mail
in care of: 3546 East Presidio Circle
Mesa, Arizona Republic



**Exhibit 7**                    **ER 948**

**To:**    **Pamela LaRue, Chief Financial Officer**
c/o Internal Revenue Service
1111 Constitution Avenue NW
Washington, D.C. 20244-0002
**(Registered Mail # RE 261 089 143 US)**

**From:**    GORDON L. HALL
c/o 3546 EAST PRESIDIO CIRCLE
MESA, ARIZONA
United States, 85213.

**Re:**    **REQUEST REGARDING A STATEMENT OF ACCOUNT for GORDON L. HALL TIN. 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.**

---

**REQUEST REGARDING A STATEMENT OF ACCOUNT**
This is a record authenticated by the debtor requesting that the recipient approve or correct a statement indicating what the debtor believes to be the aggregate amount of unpaid obligations secured by collateral as of a specified date and reasonably identifying the transaction or relationship that is the subject of the request. Recipient has Twenty (20) days to comply with this request and provide an authenticated record.

## STATEMENT OF ACCOUNT

Date:    6 December 2012

Creditor:    **INTERNAL REVENUE SERVICE**

Debtors:    GORDON L. HALL

Account No.:  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

Collateral:    GORDON L. HALL [SSN. 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] at address 3546 East Presidio Circle, Mesa, Arizona, United States, 85213.

Balance Due:  $0.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

GORDON L. HALL

---

**REQUEST REGARDING A STATEMENT OF ACCOUNT**    **Page 1 of 1**

**Exhibit 7**    **ER 949**

**TO:**    Pamela LaRue, Chief Financial Officer
c/o Internal Revenue Service
1111 Constitution Avenue NW
Washington, D.C. 20244-0002
**(Registered Mail # RE 261 089 143 US)**

**FROM:**    GORDON L. HALL
c/o 3546 EAST PRESIDIO CIRCLE
MESA, ARIZONA
United States, 85213.

**RE:**    **INTERNAL REVENUE SERVICE ACCOUNT NUMBER 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 for TAXPAYER GORDON L. HALL (1040 Tax Years 1996 and 1997)**

**DATE:**    6 December 2012

# ACCOUNT AUTHORIZATION

I, GORDON L. HALL, hereby authorize and direct that all further communications and correspondences regarding the account(s) referenced above, and the release of any and all information regarding said account(s), be directed through either of the following parties:

**GORDON L. HALL**
**c/o Benton Tyler Thomas Hall**
**1635 North Greenfield Road, Suite 126**
**Mesa, Arizona Republic**

**Benton Tyler Thomas Hall**
**c/o International Court of Adjudicators**
**1635 North Greenfield Road, Suite 126**
**Mesa, Arizona Republic**

GORDON L. HALL

*[signature]*

---

**ACCOUNT AUTHORIZATION**                                **Page 1 of 1**

**Exhibit 7**        **ER 950**

## NOTARY PUBLIC WITNESSING AND ATTESTING OF SIGNATURES
### (FOR VERIFICATION PURPOSES ONLY)

RE:    FOREGOING INSRTUMENT ENTITLED: ACCOUNT AUTHORIZATION; CONSISTING OF
ONE (1) PAGE

```
Maricopa county           )
Arizona state             )     Subscribed and affirmed
United States of America  )


Signed or attested before me on December ___6, 2012___ (date)

By_____Gordon LeRoy Hall_____

(names (s) of person (s)).



                            _____
                            (Signature of notarial officer)
```

NICOLE PERRY
Notary Public - Arizona
Maricopa County
My Comm. Expires Oct 6, 2016

```
                    Title (and Rank): NOTARY PUBLIC_____
                    Printed name: Nicole Perry_____
        [My commission expires: October 6, 2016 ]
```



# AFFIDAVIT OF SERVICE

| Maricopa county | ) |
| Arizona Republic | ) affirmed and subscribed |
| united States of America | ) |

It is hereby certified, that on the date noted below, the undersigned mailed to:

**Pamela LaRue, Chief Financial Officer**
c/o Internal Revenue Service
1111 Constitution Avenue NW
Washington, D.C. 20244-0002
**(Registered Mail # RE 261 089 143 US)**

**Almiria Garcia, Revenue Agent**
Internal Revenue Service
1818 E. Southern Ave. Ste 15-A
MS4103 MES - AG
Mesa, AZ 85204
Phone: (480) 503-7239
**(USPS Form 3877)**

**Tim Salsberry, Revenue Agent**
Internal Revenue Service
1818 E. Southern Ave. Ste 15-A
MS4103 MES - AG
Mesa, AZ 85204
Phone: (480) 503-7239
**(USPS Form 3877)**

**INTERNAL REVENUE SERVICE
JENNIFER PARDUE**
c/o 1818 E. Southern Ave., Ste 15A
MS: 5117 Pardue
Mesa, AZ 85204
**(USPS Form 3877)**

**INTERNAL REVENUE SERVICE
T.W. LYONS**
c/o 1818 E. Southern Ave., Ste 15A
MS: 5117 Pardue
Mesa, AZ 85204
**(USPS Form 3877)**

**Department of the Treasury**
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480
**(USPS Form 3877)**

**Internal Revenue Service**
Cincinnati, OH 45999-0149
**(USPS Form 3877)**

here-in-after "Recipient(s)", the documents and sundry papers pertaining to certain Tax Periods ending 1996 and 1997 regarding TAXPAYER: GORDON L. HALL SSN NO. 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 as follows:

1. **NOTICE OF CLAIM**, dated 6 December 2012 (4 leaves);

2. **CERTIFIED PAYMENT BOND (BOND Number 20121206-GH-061),** dated 6 December 2012 (Original sent to Pamela LaRue, Chief Financial Officer, named above) (1 leaf);

3. **REQUEST REGARDING A STATEMENT OF ACCOUNT**, dated 6 December 2012 (1 leaf);

4. **ACCOUNT AUTHORIZATION**, dated 6 December 2012 (1 leaf);

5. **NOTARY'S JURAT CERTIFICATE,** dated 6 December 2012 (1 leaf), and;

6. Reference copy of this **AFFIDAVIT OF SERVICE** (Signed original on file) (2 leaves).

These mailings contained a total of ten (10) leaves.

Said service was by United States Postal Service by placing the same in a postpaid envelope properly addressed to the Recipients at the said address' and depositing the same at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

)
)
)
)

---

**AFFIDAVIT OF SERVICE**

Exhibit 7     ER 952    007-010

I certify under penalty of perjury under the laws of the united States of America that the foregoing is true and correct.

Executed on <u>6 December 2012</u>

_____{seal}
AFFIANT

**Brighton-Nicole Jorgensen**
**c/o 1635 North Greenfield Road, Suite 126**
**Mesa, Arizona Republic**

**Exhibit 7**                    **ER 953**

007-011



008-001

Exhibit 8          ER 954



008-002

**Exhibit 8**          **ER 955**



2/6/2013 07:42:03.97 G7B5D0@usa.dce.usps.gov

008-003

**Exhibit 8**          **ER 956**



2/6/2013 07:42:35.31 G7B5D0@usa.dce.usps.gov

008-004

Exhibit 8          ER 957



008-005

Exhibit 8                    ER 958



009-001

**Exhibit 9**      **ER 959**

| Drawer: | GORDON LEROY HALL<br>3546 E PRESIDIO CIRCLE<br>MESA, AZ 85213-9017 | **MONEY ORDER** | 2013000102 |
|---|---|---|---|

Issue date: **24 JANUARY 2013**

Pay to the
Order of: **UNITED STATES TREASURY**                **$ 868,397.60**

Pay the
Sum of: **Eight-hundred Sixty-eight Thousand Three-hundred Ninety-seven and 60/100------- *Dollars***

Drawee: Timothy Franz Geithner, Secretary of the Treasury
% U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

This Draft is an unconditional order by the Drawer for the Drawee to pay on demand to the Payee the fixed amount of money indicated herein. The place of payment is indicated as the address for the Drawee. This Draft is transferred for value as payment of the antecedent claim(s) indicated on the "For the Benefit of" line on this Draft. The Drawee is to ledger this Draft as a setoff of the debt(s), obligation(s), and liability(ies) of the antecedent claim(s) indicated herein by and through the Private Offset Account number 552988459. The Payee, as the party entitled to enforce this Draft, shall make presentment of this Draft to the Drawee at the place of payment indicated herein. Presentment, payment, and dishonor of this Draft shall be made in accordance with Article 3 of the Uniform Commercial Code.

For the
Benefit of: **GORDON L HALL 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; TAX PERIOD 12/31/1996**

Signature of maker and accommodation party for the drawer

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑈061000146⑈ 552988459⑈ 2013000102 ⑈0086839760⑈

*(left margin: 888-958-9581   www.compuchecks.com)*

---

**RECORD OF PAYMENT**          **MONEY ORDER: 2013000102**

| DATE | PAYEE | AMOUNT |
|---|---|---|
| **24 JANUARY 2013** | **UNITED STATES TREASURY** | **$ 868,397.60** |

For: **GORDON L HALL 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; TAX PERIOD 12/31/1996**

**Exhibit 9**          **ER 960**   009-002

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

**Exhibit 9**

**ER 961**

009-003

# 1996 Form 1040-V



**Department of the Treasury
Internal Revenue Service**

## Paperwork Reduction Act Notice

We ask for the information on Form 1040-V to help us carry out U.S. Internal Revenue laws. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The time needed to complete and mail Form 1040-V will vary depending on individual circumstances. The estimated average time is 13 minutes. If you have comments about the accuracy of this time estimate or suggestions for making Form 1040-V simpler, we would be happy to hear from you. You can write or call the IRS. See the Instructions for Form 1040.

## What Is Form 1040-V and Do I Need To Use It?

It is a statement you send with your payment of any balance due on line 62 of your **1996 Form 1040.** Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not do so.

Cat. No. 20975C

## How Do I Fill In Form 1040-V?

**Box 1.** Enter the amount of your payment.

**Box 2.** Enter the first four letters of your last name. See examples below.

| Name | Enter | Name | Enter |
|---|---|---|---|
| John Brown | BROW | Jean McCarthy | MCCA |
| Juan DeJesus | DEJE | Helen O'Neill | ONEI |
| Joan A. Lee | LEE | Pedro Torres-Lopez | TORR |

**Boxes 3 and 4.** Enter your social security number (SSN) in box 3. If you are filing a joint return, enter in box 3 the SSN shown first on your return and the second SSN in box 4.

**Box 5.** Enter your name(s) and address.

## How Do I Make My Payment?

- Make your check or money order payable to the "Internal Revenue Service" (not "IRS"). Do not send cash.

- Make sure your name and address appear on your check or money order.

- Write "1996 Form 1040," your daytime phone number, and SSN on your check or money order. If you are filing a joint return, enter the SSN shown **first** on Form 1040.

- Detach Form 1040-V along the dotted line.

- **DO NOT** attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

- Please use the envelope that came with your tax package to mail your 1996 tax return, payment, and Form 1040-V. If you do not have that envelope or you moved, used a paid preparer, or filed electronically, mail the items to the Internal Revenue Service at the address shown on the back that applies to you.

Form **1040-V** (1996)

- - - - - - - ▼ DETACH HERE AND MAIL WITH YOUR PAYMENT ▼ - - - - - - -

Form **1040-V**
Department of the Treasury
Internal Revenue Service (96)

### Payment Voucher

► Do not staple or attach this voucher to your payment.

OMB No. 1545-0074

**1996**

**1** Enter the amount of the payment you are making
► $ 868,397.60

**2** Enter the first four letters of your last name
H A L L

**3** Enter your social security number
552 : 98 : 8459

**4** If a joint return, enter your spouse's social security number

**5** Enter your name(s)
GORDON L HALL

Enter your address
3546 EAST PRESIDIO CIRCLE

Enter your city, state, and ZIP code
MESA, ARIZONA, 85213

Cat. No. 20975C

**Exhibit 9**          **ER 962**

009-004



RECORD OF PAYMENT          MONEY ORDER: 2013000102

| DATE | PAYEE | AMOUNT |
|------|-------|--------|
| 24 JANUARY 2013 | UNITED STATES TREASURY | $ 868,397.60 |

For GORDON L HALL 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; TAX PERIOD 12/31/1996

009-005

Exhibit 9                    ER 963

| Drawer: | GORDON LEROY HALL<br>3546 E PRESIDIO CIRCLE<br>MESA, AZ 85213-9017 | **MONEY ORDER** | 2013000102 |

Issue date: **24 JANUARY 2013**

Pay to the Order of: **UNITED STATES TREASURY**            **$ 868,397.60**

Pay the Sum of: **Eight-hundred Sixty-eight Thousand Three-hundred Ninety-seven and 60/100 ------- Dollars**

Drawee: Timothy Franz Geithner, Secretary of the Treasury
℅ U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

This Draft is an unconditional order by the Drawer for the Drawee to pay on demand to the Payee the fixed amount of money indicated herein. The place of payment is indicated as the address for the Drawee. This Draft is transferred for value as payment of the antecedent claim(s) indicated on the 'For the Benefit of' line on this Draft. The Drawee is to ledger this Draft as a setoff of the debt(s), obligation(s), and liability(ies) of the antecedent claim(s) indicated herein by and through the Private Offset Account number 552988459. The Payee, as the party entitled to enforce this Draft, shall make presentment of this Draft to the Drawee at the place of payment indicated herein. Presentment, payment, and dishonor of this Draft shall be made in accordance with Article 3 of the Uniform Commercial Code.

For the Benefit of: GORDON L HALL 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; TAX PERIOD 12/31/1996

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

Signature of maker and accommodation party for the drawer

⑈06⑈0001⑈46⑈  55298845⑈9⑈  2013000102  ⑈0086839760⑈

www.compuchecks.com    888-356-5581

---

**RECORD OF PAYMENT**            **MONEY ORDER: 2013000102**

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 24 JANUARY 2013 | UNITED STATES TREASURY | $ 868,397.60 |

For: GORDON L HALL 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; TAX PERIOD 12/31/1996

**Exhibit 9**            **ER 964**

009-006

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

**Exhibit 9**      **ER 965**

009-007

# 1996 Form 1040-V



## Department of the Treasury
## Internal Revenue Service

## Paperwork Reduction Act Notice

We ask for the information on Form 1040-V to help us carry out U.S. Internal Revenue laws. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The time needed to complete and mail Form 1040-V will vary depending on individual circumstances. The estimated average time is 13 minutes. If you have comments about the accuracy of this time estimate or suggestions for making Form 1040-V simpler, we would be happy to hear from you. You can write or call the IRS. See the Instructions for Form 1040.

## What Is Form 1040-V and Do I Need To Use It?

It is a statement you send with your payment of any balance due on line 62 of your **1996 Form 1040.** Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not do so.

## How Do I Fill In Form 1040-V?

**Box 1.** Enter the amount of your payment.

**Box 2.** Enter the first four letters of your last name. See examples below.

| Name | Enter | Name | Enter |
|---|---|---|---|
| John Brown | BROW | Jean McCarthy | MCCA |
| Juan DeJesus | DEJE | Helen O'Neill | ONEI |
| Joan A. Lee | LEE | Pedro Torres-Lopez | TORR |

**Boxes 3 and 4.** Enter your social security number (SSN) in box 3. If you are filing a joint return, enter in box 3 the SSN shown first on your return and the second SSN in box 4.

**Box 5.** Enter your name(s) and address.

## How Do I Make My Payment?

● Make your check or money order payable to the "Internal Revenue Service" (not "IRS"). Do not send cash.

● Make sure your name and address appear on your check or money order.

● Write "1996 Form 1040," your daytime phone number, and SSN on your check or money order. If you are filing a joint return, enter the SSN shown **first** on Form 1040.

● Detach Form 1040-V along the dotted line.

● **DO NOT** attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● Please use the envelope that came with your tax package to mail your 1996 tax return, payment, and Form 1040-V. If you do not have that envelope or you moved, used a paid preparer, or filed electronically, mail the items to the Internal Revenue Service at the address shown on the back that applies to you.

Cat. No. 20975C

Form **1040-V** (1996)

- - - - - - - - - ▼ **DETACH HERE AND MAIL WITH YOUR PAYMENT** ▼ - - - - - - - - -

**Form 1040-V**
Department of the Treasury
Internal Revenue Service (98)

## Payment Voucher

▶ **Do not staple or attach this voucher to your payment.**

OMB No. 1545-0074

**1996**

| **1** Enter the amount of the payment you are making | **2** Enter the first four letters of your last name | **3** Enter your social security number |
|---|---|---|
| ▶ $ 868,397.60 | H A L L | 552 : 98 : 8459 |

| **4** If a joint return, enter your spouse's social security number | **5** Enter your name(s)<br>GORDON L HALL |
|---|---|
| | Enter your address<br>3546 EAST PRESIDIO CIRCLE |
| | Enter your city, state, and ZIP code<br>MESA, ARIZONA, 85213 |

Cat. No. 20975C

**Exhibit 9**          **ER 966**

009-008



# AFFIDAVIT OF SERVICE

Maricopa county )
Arizona state ) affirmed and subscribed:
United States of America )

It is hereby affirm and certify, that on the date noted below, the undersigned mailed to:

T.W. LYONS
1818 E SOUTHERN AVE, STE 15A
MS: 5105 - MES
MESA, AZ 85204
(Registered Mail No. ___RE 261 089 815 US___ )

hereinafter, "Recipient(s)," the documents and sundry papers regarding **PAYMENT FOR TAX PERIOD 1996** as follows:

1. **MONEY ORDER, Number 2013000102**, for $868,397.60, dated 24 January 2013 [1 page];
2. **IRS FORM 1040-V, PAYMENT VOUCHER**, for tax year 1996 [1 page],

a total of _____**Two (2)**_____ pages,

copies of which are affixed hereto, by Registered Mail, under the Registered Mail number(s) given above Return Receipt attached, by placing same in a postpaid envelope properly addressed to Recipient(s) at the said addresses and depositing same at an official depository under the exclusive face and custody of the United States Post Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _January 28th, 2013_ .

_Brighton-Nicole Jorgensen_
AFFIANT

Brighton-Nicole Jorgensen
⅜ 10905 Yellowjacket Road, Flagstaff, Arizona

## JURAT

State of Arizona )
) affirmed and subscribed
County of Maricopa )

Subscribed and sworn to (or affirmed) before me on this __28th__ day of __January__ , __2013__ , by __Brighton-Nicole Jorgensen__ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
(Signature of notarial officer)

Title/Rank: **Notary Public**

Printed Name: _Nicole Perry_

Commission expires: _October 6, 2016_

NICOLE PERRY
Notary Public - Arizona
Maricopa County
Expires Oct 6, 2016

AFFIDAVIT OF SERVICE

Page 1 of 1

Exhibit 9        ER 967

009-009



010-001

Exhibit 10          ER 968

FOR SECURITY PURPOSES THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING

| Drawer: | GORDON LEROY HALL<br>3546 E PRESIDIO CIRCLE<br>MESA, AZ 85213-9017 | # MONEY ORDER | 2013000103 |
|---|---|---|---|

Issue date: **24 JANUARY 2013**

**Pay to the Order of:** UNITED STATES TREASURY

**$ 635,176.26**

**Pay the Sum of:** Six-hundred Thirty-five Thousand One-hundred Seventy-six and 26/100 ------------ ----- *Dollars*

**Drawee:** Timothy Franz Geithner, Secretary of the Treasury
℅ U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

This Draft is an unconditional order by the Drawer for the Drawee to pay on demand to the Payee the fixed amount of money indicated herein. The place of payment is indicated as the address for the Drawee. This Draft is transferred for value as payment of the antecedent claim(s) indicated on the 'For the Benefit of' line on this Draft. The Drawee is to ledger this Draft as a setoff of the debt(s), obligation(s), and liability(ies) of the antecedent claim(s) indicated herein by and through the Private Offset Account number 552988459. The Payee, as the party entitled to enforce this Draft, shall make presentment of this Draft to the Drawee at the place of payment indicated herein. Presentment, payment, and dishonor of this Draft shall be made in accordance with Article 3 of the Uniform Commercial Code.

**For the Benefit of:** GORDON L HALL 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; TAX PERIOD 12/31/1997

Signature of maker and accommodation party for the drawer

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑈061000146⑈ 552988459⑊ 2013000103 ⑈006351762 6⑈

## RECORD OF PAYMENT    MONEY ORDER: 2013000103

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 24 JANUARY 2013 | UNITED STATES TREASURY | $ 635,176.26 |

For: GORDON L HALL 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; TAX PERIOD 12/31/1997

**Exhibit 10**                    ER 969

Exhibit 10



# AFFIDAVIT OF SERVICE

Maricopa county )
Arizona state ) affirmed and subscribed:
United States of America )

It is hereby affirm and certify, that on the date noted below, the undersigned mailed to:

    T.W. LYONS
    1818 E SOUTHERN AVE, STE 15A
    MS: 5105 - MES          RE 261 089 801 US
    MESA, AZ 85204
    (Registered Mail No. _____ )

hereinafter, "Recipient(s)," the documents and sundry papers regarding <u>PAYMENT FOR TAX PERIOD 1997</u> as follows:

1.  **MONEY ORDER, Number 2013000103**, for $635,176.26, dated 24 January 2013 [1 page];

2.  **IRS FORM 1040-V, PAYMENT VOUCHER**, for tax year 1997 [1 page],

a total of _____ **Two (2)** _____ pages,

copies of which are affixed hereto, by Registered Mail, under the Registered Mail number(s) given above Return Receipt attached, by placing same in a postpaid envelope properly addressed to Recipient(s) at the said addresses and depositing same at an official depository under the exclusive face and custody of the United States Post Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on *January 28th, 2013*

*Brighton-Nicole Jorgensen*
AFFIANT

Brighton-Nicole Jorgensen
% 10905 Yellowjacket Road, Flagstaff, Arizona

## JURAT

State of Arizona )
) affirmed and subscribed
County of Maricopa )

Subscribed and sworn to (or affirmed) before me on this __28th__ day of _____ **January** _____ , **2013** , by

__Brighton Nicole Jorgensen__ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
(Signature of notarial officer)

NICOLE PERRY
Notary Public - Arizona
Maricopa County
My Comm. Expires Oct 6, 2016

Title/Rank: **Notary Public**

Printed Name: Nicole Perry

Commission expires: October 6, 2016

**AFFIDAVIT OF SERVICE**                                             **Page 1 of 1**

Exhibit 10                    ER 971
010-004

# 19**97** Form 1040-V

 Department of the Treasury
**Internal Revenue Service**

## What Is Form 1040-V and Do You Need To Use It?

It is a statement you send with your payment of any balance due on line 64 of your **1997 Form 1040.** Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not do so.

## How To Fill In Form 1040-V

**Box 1.** Enter the amount of your payment.

**Box 2.** Enter the first four letters of your last name. See examples below.

| Name | | Enter | Name | | Enter |
|------|--|-------|------|--|-------|
| John Brown | . . . | BROW | Jean McCarthy | . . | MCCA |
| Juan DeJesus | . . . | DEJE | Helen O'Neill | . . | ONEI |
| Joan A. Lee | . . . | LEE | Pedro Torres-Lopez | . | TORR |

**Boxes 3 and 4.** Enter your social security number (SSN) in box 3. If you are filing a joint return, enter in box 3 the SSN shown first on your return and in box 4 the SSN shown second.

**Box 5.** Enter your name(s) and address as shown on your return.

## How To Prepare Your Payment

● Make your check or money order payable to the "Internal Revenue Service" (not "IRS"). **Do not** send cash.

● Make sure your name and address appear on your check or money order.

● Write "1997 Form 1040," your daytime phone number, and SSN on your check or money order. If you are filing a joint return, enter the SSN shown **first** on your return.

## How To Send In Your Return, Payment, and Form 1040-V

● Detach Form 1040-V along the dotted line.

● **DO NOT** attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● If an envelope came with your tax package, please use it to mail your 1997 tax return, payment, and Form 1040-V.

● If you do not have that envelope or you moved or used a paid preparer, mail your tax return, payment, and Form 1040-V to the Internal Revenue Service at the address shown on the back that applies to you.

**Note:** *If you filed electronically, send your payment and Form 1040-V to the applicable address shown on the back.*

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The time needed to complete and mail Form 1040-V will vary depending on individual circumstances. The estimated average time is 13 minutes. If you have comments about the accuracy of this time estimate or suggestions for making Form 1040-V simpler, we would be happy to hear from you. See the Instructions for Form 1040.

Cat. No. 20975C

**▼ DETACH HERE AND MAIL WITH YOUR PAYMENT ▼**

Form **1040-V** (1997)

---

Form **1040-V**
Department of the Treasury
Internal Revenue Service **(99)**

## Payment Voucher

► Do not staple or attach this voucher to your payment.

OMB No. 1545-0074

19**97**

| 1 **Enter the amount of the payment you are making** | 2 Enter the first four letters of your last name | 3 Enter your social security number |
|---|---|---|
| ► $ 635,176 . 60 | H A L L | 552 : 98 : 8459 |

| 4 If a joint return, enter the SSN shown second on that return | 5 Enter your name(s) |
|---|---|
| | GORDON L HALL |
| | Enter your address |
| | 3546 EAST PRESIDIO CIRCLE |
| | Enter your city, state, and ZIP code |
| | MESA, ARIZONA, 85213 |

Cat. No. 20975C

**Exhibit 10**　　　**ER 972**

010-005

| Drawer: | GORDON LEROY HALL<br>3546 E PRESIDIO CIRCLE<br>MESA, AZ 85213-9017 | **MONEY ORDER** | 2013000103 |
|---|---|---|---|

Issue date: **24 JANUARY 2013**

**MONEY ORDER**

2013000103

| Pay to the Order of: | **UNITED STATES TREASURY** | **$ 635,176.26** |
|---|---|---|

Pay the Sum of: **Six-hundred Thirty-five Thousand One-hundred Seventy-six and 26/100 ------------ Dollars**

Drawee: Timothy Franz Geithner, Secretary of the Treasury
℅ U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

This Draft is an unconditional order by the Drawer for the Drawee to pay on demand to the Payee the fixed amount of money indicated herein. The place of payment is indicated as the address for the Drawee. This Draft is transferred for value as payment of the antecedent claim(s) indicated on the 'For the Benefit of' line on this Draft. The Drawee is to ledger this Draft as a setoff of the debt(s), obligation(s), and liability(ies) of the antecedent claim(s) indicated herein by and through the Private Offset Account number 552988459. The Payee, as the party entitled to enforce this Draft, shall make presentment of this Draft to the Drawee at the place of payment indicated herein. Presentment, payment, and dishonor of this Draft shall be made in accordance with Article 3 of the Uniform Commercial Code.

For the Benefit of: GORDON L HALL 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; TAX PERIOD 12/31/1997

Signature of maker and accommodation party for the drawer

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑆061000146⑆ 552988459⑈ 2013000103 ⑈006351 7626⑆

**RECORD OF PAYMENT**     **MONEY ORDER: 2013000103**

| DATE | PAYEE | AMOUNT |
|---|---|---|
| 24 JANUARY 2013 | UNITED STATES TREASURY | $ 635,176.26 |

For: **GORDON L HALL 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; TAX PERIOD 12/31/1997**

**Exhibit 10**          **ER 973**
010-006

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Exhibit 10

ER 974

010-007

# 1997 Form 1040-V


Department of the Treasury
**Internal Revenue Service**

## What Is Form 1040-V and Do You Need To Use It?

It is a statement you send with your payment of any balance due on line 64 of your **1997 Form 1040.** Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not do so.

## How To Fill In Form 1040-V

**Box 1.** Enter the amount of your payment.

**Box 2.** Enter the first four letters of your last name. See examples below.

| Name | Enter | Name | Enter |
|---|---|---|---|
| John Brown | BROW | Jean McCarthy | MCCA |
| Juan DeJesus | DEJE | Helen O'Neill | ONEI |
| Joan A. Lee | LEE | Pedro Torres-Lopez | TORR |

**Boxes 3 and 4.** Enter your social security number (SSN) in box 3. If you are filing a joint return, enter in box 3 the SSN shown first on your return and in box 4 the SSN shown second.

**Box 5.** Enter your name(s) and address as shown on your return.

## How To Prepare Your Payment

● Make your check or money order payable to the "Internal Revenue Service" (not "IRS"). **Do not** send cash.

● Make sure your name and address appear on your check or money order.

● Write "1997 Form 1040," your daytime phone number, and SSN on your check or money order. If you are filing a joint return, enter the SSN shown **first** on your return.

## How To Send In Your Return, Payment, and Form 1040-V

● Detach Form 1040-V along the dotted line.

● **DO NOT** attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● If an envelope came with your tax package, please use it to mail your 1997 tax return, payment, and Form 1040-V.

● If you do not have that envelope or you moved or used a paid preparer, mail your tax return, payment, and Form 1040-V to the Internal Revenue Service at the address shown on the back that applies to you.

**Note:** *If you filed electronically, send your payment and Form 1040-V to the applicable address shown on the back.*

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The time needed to complete and mail Form 1040-V will vary depending on individual circumstances. The estimated average time is 13 minutes. If you have comments about the accuracy of this time estimate or suggestions for making Form 1040-V simpler, we would be happy to hear from you. See the Instructions for Form 1040.

---

Cat. No. 20975C          ▼ **DETACH HERE AND MAIL WITH YOUR PAYMENT** ▼          Form **1040-V** (1997)

---

Form **1040-V**
Department of the Treasury
Internal Revenue Service (99)

### Payment Voucher

▶ Do not staple or attach this voucher to your payment.

OMB No. 1545-0074

**1997**

| 1 Enter the amount of the payment you are making | 2 Enter the first four letters of your last name | 3 Enter your social security number |
|---|---|---|
| ▶ $ 635,176 . 60 | H A L L | 552 98 8459 |

| 4 If a joint return, enter the SSN shown second on that return | 5 Enter your name(s) |
|---|---|
| | GORDON L HALL |
| | Enter your address |
| | 3546 EAST PRESIDIO CIRCLE |
| | Enter your city, state, and ZIP code |
| | MESA, ARIZONA, 85213 |

Cat. No. 20975C

**Exhibit 10**          **ER 975**

010-008

Re: Please look over these docs for dad. I still need to file a UCC will do that when you ar...   Page 1 of 1

# Re: Please look over these docs for dad. I still need to file a UCC will do that when you are done

**From:**       Benton Hall <benton.private@gmail.com>
**To:**          shannon hall <shannhall0@gmail.com>
**Subject:**    Re: Please look over these docs for dad. I still need to file a UCC will do that when you are done
**Sent:**        Thu, 6 Dec 2012 12:09:44 -0700
buffed

On Thu, Dec 6, 2012 at 9:59 AM, shannon hall <shannhall0@gmail.com> wrote:

[-- Mime Part, Type: application/msword; name="Gordon Hall Notice of Claim.doc", Disp: attachment; filename="Gordon Hall Notice of Claim.doc", Size: 139KB --]

[-- Mime Part, Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document; name="BOND Gordon Hall.docx", Disp: attachment; filename="BOND Gordon Hall.docx", Size: 35KB --]

| | |
|---|---|
| **Delivered-To:** | shannhall0@gmail.com |
| **Received:** | by 10.66.218.232 with SMTP id pj8csp114024pac; Thu, 6 Dec 2012 11:09:45 -0800 (PST) |
| **Return-Path:** | <benton.private@gmail.com> |
| **Received-SPF:** | pass (google.com: domain of benton.private@gmail.com designates 10.220.148.134 as permitted sender) client-ip=10.220.148.134 |
| **Authentication-Results:** | mr.google.com; spf=pass (google.com: domain of benton.private@gmail.com designates 10.220.148.134 as permitted sender) smtp.mail=benton.private@gmail.com; dkim=pass header.i=benton.private@gmail.com |
| **Received:** | from mr.google.com ([10.220.148.134]) by 10.220.148.134 with SMTP id p6mr2028556vcv.3.1354820984597 (num_hops = 1); Thu, 06 Dec 2012 11:09:44 -0800 (PST) |
| **DKIM-Signature:** | v=1; a=rsa-sha256; c=relaxed/relaxed; d=gmail.com; s=20120113; h=mime-version:in-reply-to:references:date:message-id:subject:from:to :content-type; bh=gRe37UFKZAqvYTOG4/yo9iph5ZVpvdq58dp5mk36zJI=; b=jXW3aX2Up+cU5Y1Cw0QbDJsKSr1jfWGEd+Cs1uLvA6gGIGqvP8OeeDIcVAwhaVGqPE A311L/S6+I1vm/Icn0hqsH+JiprmE+GbIo3MnR2Gh1OXmK8z4HnH+6WMM/BN9WTV0n8K gtYcebSCyWyeJIjT/TYAK9QSOyQ4a4K8wLWrXH1adU2RZiofwIUIsLu6SHc9VTp+FyKh 9t8Lai5Ny3SkJt58UQ8H2duEtLg4hz2jIo0/oOg/v9GQbBAyeiaMGL8UQVITx01DyKr2 dsXl+d463MzIVjmbbDHnCjKJvnmIuQXOorr7toYkI36Ysn6EtIhu+cbx34j20JatLhoq HY5w== |
| **MIME-Version:** | 1.0 |
| **Received:** | by 10.220.148.134 with SMTP id p6mr2028556vcv.3.1354820984588; Thu, 06 Dec 2012 11:09:44 -0800 (PST) |
| **Received:** | by 10.58.226.163 with HTTP; Thu, 6 Dec 2012 11:09:44 -0800 (PST) |
| **In-Reply-To:** | <CAAZrzaCVzy8_ry3u3_81jgPTBNt4JrAZCe9uu0W9=6skq0KDpQ@mail.gmail.com> |
| **References:** | <CAAZrzaCVzy8_ry3u3_81jgPTBNt4JrAZCe9uu0W9=6skq0KDpQ@mail.gmail.com> |
| **Message-ID:** | <CABKNqcUurrmhapy5y7kuBx2q0vGuNd8McVrjNCfbgpfjkzQGZg@mail.gmail.com> |
| **Content-Type:** | multipart/mixed; boundary=f46d043be1d485493b04d033d75c |

**Exhibit 11**                    **ER 976**

011-001



INTERNATIONAL CASE NO. PR-20121206-AJ-061

**THIS IS A PRIVATE ADMINISTRATIVE PROCEEDING**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE OF CLAIM

6 December 2012

Claimant:    Gordon LeRoy Hall
c/o Shannon Taylor Hall, Presenter
3546 East Presidio Circle
Mesa, Arizona Republic

Respondent(s):   **Pamela LaRue, Chief Financial Officer**
c/o Internal Revenue Service
1111 Constitution Avenue NW
Washington, D.C. 20244-0002
**(Registered Mail # RE 261 089 143 US)**

RE:    **Tax Periods ending 1996 and 1997, TAXPAYER GORDON L. HALL [SSN. 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].**

Notice is hereby given to the following parties: Pamela LaRue d/b/a Chief Financial Officer for the Internal Revenue Service, and all agents, principals, assigns or successors thereof (collectively, the "RESPONDENTS"), of the rights, titles, and interests of Gordon LeRoy Hall (the "CLAIMANT") in Tax Periods ending 1996 and 1997 for Taxpayer GORDON L. HALL [SSN. 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]. This Notice of Claim (this "NOTICE"), dated as of 6 December 2012 (the "EFFECTIVE DATE"), with the instruments enclosed herewith and referenced herein (collectively, this "PRESENTMENT"), is being presented for the purposes of: 1. informing the RESPONDENTS of the claims in the COLLATERAL by the CLAIMANT; 2. discharging all rights, titles, and interests of the RESPONDENTS in the COLLATERAL; and 3. charging the RESPONDENTS with the duties, obligations, liabilities, and restraints accrued by the receipt of this PRESENTMENT. **WARNING: Any actions taken by the RESPONDENTS, regarding the above referenced matters, without honoring the terms of this PRESENTMENT, may unlawfully prejudice the CLAIMANT's rights, titles, and interests, and subject the RESPONDENTS to liabilities for trespass.**

## I.   NOTICE TO SETOFF ACCOUNTS

Enclosed herewith is a negotiable instrument, Certified Payment Bond, Number 20121206-GH-061 (the "TENDER"), tendered for the setoff of Pamela LaRue d/b/a Chief Financial Officer for Internal Revenue Service, GORDON L. HALL Account No. 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 (the "ACCOUNT").

The CLAIMANT hereby charges the RESPONDENTS with the fiduciary duty of adjusting the balance of the ACCOUNT to Zero dollars ($0.00) to reflect the ledgering of the TENDER. The RESPONDENTS shall NOT refuse, return, or challenge the TENDER unless: 1. a Notice of Dishonor from the drawee of the TENDER accompanies said refusal, return, or challenge; or 2. unless a defect in the TENDER is identified and verified by the RESPONDENTS. The CLAIMANT and the RESPONDENTS (collectively, the "PARTIES") stipulate that the RESPONDENTS failure to perform pursuant to the aforementioned terms is a breach of the RESPONDENTS fiduciary duty.

Enclosed herewith, and incorporated herein by this reference, is an Account Authorization letter (the "ACCOUNT AUTHORIZATION"), executed by GORDON L. HALL (the "DEBTOR"), authorizing the RESPONDENTS to release any and all information regarding the ACCOUNT to the CLAIMANT. Pursuant to the ACCOUNT AUTHORIZATION the RESPONDENTS are hereby directed to convey any and all correspondences and communications regarding the ACCOUNT to the CLAIMANT, through the third-party adjudicator, Benton Tyler Thomas Hall (the "ADJUDICATOR") of the International Court of Adjudicators, at the address given below in *Section V* of this NOTICE.

Enclosed herewith, and incorporated herein by this reference, is a Request Regarding a Statement of Account (the "ACCOUNT STATEMENT"), as a record authenticated by the DEBTORS, charging the RESPONDENTS with the responsibility of approving or correcting the statement. The RESPONDENTS have Twenty (20) days to honor the terms of the ACCOUNT STATEMENT and provide an authenticated record.

If the ACCOUNT STATEMENT is not corrected by the RESPONDENTS within Twenty (20) days, then it shall be deemed accepted and approved as an accurate and correct statement of the ACCOUNT. The RESPONDENTS' failure to respond within Twenty (20) days of the postmark of the presentment of this NOTICE shall cause the CLAIMANT to have executed a Certificate of Claim, by the ADJUDICATOR, of this administrative proceeding.

---

NOTICE OF CLAIM                                              **Page 1 of 4**

The Certificate of Claim executed by the ADJUDICATOR, along with this PRESENTMENT, shall comprise a record of the PARTIES stipulation with the validity of the merits of the claims, rights, titles, and interests asserted by the CLAIMANT with this PRESENTMENT.

## II.   NOTICE TO DISCHARGE COLLATERAL

The RESPONDENTS' acceptance of the ACCOUNT STATEMENT hereby charges the RESPONDENTS with the duty of rescinding any and all Notice(s) of Default, Notice(s) of Levy, Notice(s) of Deficiency, Notice(s) of Garnishment, and GORDON L. HALL (collectively, the "ENCUMBRANCES") by executing, or causing to be executed, all GORDON L. HALL necessary for the discharging of the ENCUMBRANCES, regarding the COLLATERAL, and with the filing of said rescission of GORDON L. HALL in/with the Internal Revenue Service, the United States Treasury, and the Maricopa County Recorder.

The RESPONDENTS' acceptance of the ACCOUNT STATEMENT hereby charges the RESPONDENTS with the duty of discharging any and all encumbrances, liens, claims, or security interests on or in the COLLATERAL, including but not limited to the executing or causing to be executed GORDON L. HALL and filing said rescission of GORDON L. HALL in/with the Internal Revenue Service, the United States Treasury, and the Maricopa County Recorder.

The RESPONDENTS are hereby charged with giving notice of the discharge of the COLLATERAL, to the CLAIMANT, by providing certified copies of the recission of GORDON L. HALL and/or TAXPAYER GORDON L. HALL  [SSN. 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] by mailing said certified copies to the CLAIMANT through the ADJUDICATOR at the location set forth in *Section V* of this NOTICE.

## III.   NOTICE OF INTEREST

Pursuant with the discharging of all rights, titles and interests of the RESPONDENTS, in the COLLATERAL, by the CLAIMANT with this PRESENTMENT, and the Commercial Instrument, 1040 Tax periods 1996 and 1997 (the "SECURITY AGREEMENT"), this is actual and constructive notice of the CLAIMANT's paramount security interest and exclusive right to possession in the following collateral:

1.   The TAXPAYER GORDON L. HALL [SSN. 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] at address 3546 East Presidio Circle, Mesa, Arizona, United States, 85213;

2.   All personal and real property, registered and unregistered, belonging to the DEBTOR (the "UNNAMED COLLATERAL").

The value of the CLAIMANT's claim in the collateral is: Four Million Four Hundred Eighty-Nine Thousand Nine Hundred Forty and 85/100 Dollars ($4,489,940.85).

The CLAIMANT's rights, titles, and interests in said collateral is secured and perfected pursuant to the filing of the record for the SECURITY AGREEMENT in the commercial registry of the California Secretary of State on 6 December 2012 as Uniform Commercial Code File Number 12-7332433725/Document Number 34928080002.

## IV.   NOTICE TO CEASE AND DESIST

Pursuant to the CLAIMANT's paramount security interest and exclusive right to possession of the COLLATERAL, the RESPONDENTS are hereby given notice to **CEASE AND DESIST** from any further action in regards to the possession of the COLLATERAL.

Pursuant to the discharge of the RESPONDENTS' interests in the COLLATERAL, and the CLAIMANT's paramount security interest and exclusive right to possession of the COLLATERAL, the RESPONDENTS are hereby given notice to **CEASE AND DESIST** from any and all actions, litigations, and enforcements of any and all writs and/or orders, regarding the title and/or possession of the COLLATERAL, and regarding the settlement of the ACCOUNT.

Pursuant to the discharge of the RESPONDENTS' interests in the COLLATERAL, and the ACCOUNT AUTHORIZATION, the RESPONDENTS are hereby given notice to **CEASE AND DESIST** from any further correspondences and communications with the DEBTOR.

Exhibit 11                                 ER 978

011-003

## V. NOTICE OF ADMINISTRATIVE REVIEW

All correspondences, responses, notices, claims, and records regarding: the ACCOUNT, the COLLATERAL, the PARTIES, and the DEBTOR, including but not limited to, this PRESENTMENT (collectively, the "ADMINISTRATIVE PROCEEDING") must reference the ADMINISTRATIVE PROCEEDING by the following Case Number: **PR-20121206-AJ-061** and shall be presented through, or filed with, the ADJUDICATOR, an independent third-party. The purpose for the ADMINISTRATIVE PROCEEDING is:

1. To acquire an accurate and unbiased record, by a third-party whose business it is to keep such records, of the course of dealings, the course of performance, the usage of trade, and the exercise of ordinary care by and between the PARTIES; and

2. To determine the rights, titles, and interests of the PARTIES with regards to the COLLATERAL; and

3. To determine the duties, obligations, and liabilities accrued by the PARTIES; and

4. To determine the authorities, powers, rights, titles, and interests conveyed, granted, and acquired by and between the PARTIES; and

5. To determine any violations of the law of the ADMINISTRATIVE PROCEEDING and private international law; and

6. To acquire any certifications, judgments, decrees, orders, and verdicts warranted by the merits of the ADMINISTRATIVE PROCEEDING.

The PARTIES hereby stipulate that the determinations, certifications, judgments, decrees, orders, and verdicts issued as a result of the ADMINISTRATIVE PROCEEDING shall be binding upon the PARTIES.

The ADMINISTRATIVE PROCEEDING is hereby being executed and governed under private international law.

All service of process, regarding the ADMINISTRATIVE PROCEEDING, must be made through, or recorded with, the ADJUDICATOR, by Registered Mail for appropriate certification, at the following location:

> **Benton Tyler Thomas Hall**
> **c/o International Court of Adjudicators**
> **1635 North Greenfield Road, Suite 126**
> **Mesa, Arizona Republic**

Service in any other manner will be deemed defective on its face.

## VI. DISHONOR

After Twenty (20) days of the postmark of the presentment of this NOTICE the ADJUDICATOR shall execute a Certificate of Claim, certifying the RESPONDENTS' dishonor, upon the following conditions:

1. The RESPONDENTS' failure to provide a Notice of Dishonor from the drawee of the TENDER or to identify and verify, under penalty of perjury, a defect in the TENDER, thereby constituting the RESPONDENTS' agreement to the efficacy and sufficiency of the TENDER to setoff the ACCOUNT and discharge the COLLATERAL; or

2. The RESPONDENTS' failure to correct the ACCOUNT STATEMENT and provide an authenticated record of said correction constituting RESPONDENTS' approval and acceptance of the aggregate amount of unpaid obligations for the ACCOUNT is Zero dollars ($0.00); or

3. The RESPONDENTS' failure to execute, cause to be executed, and give notice of the execution of the Debtor GORDON L. HALL and/or TAXPAYER GORDON L. HALL [SSN. 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], the RESPONDENTS' dishonor shall constitute:

   a. The RESPONDENTS' agreement with the CLAIMANT's claim of a paramount security interest in the COLLATERAL; and

   b. The RESPONDENTS' agreement with the CLAIMANT's claim of the exclusive right to possession of the COLLATERAL; and

   c. The RESPONDENTS' inability and failure to state a claim upon which relief may be granted; and

   d. The RESPONDENTS' agreement that any attempts by the RESPONDENTS, their agents, officers, assigns, and successors to prejudice, hinder, obstruct, or impede the CLAIMANT's claims are a violation of the law; and

   e. The RESPONDENTS' conveyance and granting of a specific power of attorney to the CLAIMANT, or any agents thereof, for the execution of any instruments, communications, or correspondences, deemed necessary by the CLAIMANT, for the preservation of the CLAIMANT's paramount security interest in the COLLATERAL; and

Exhibit 11                                              ER 979

011-004

f.  The RESPONDENTS' conveyance and granting of a specific power of attorney to the CLAIMANT for the execution of any instruments, communications, or correspondences, deemed necessary by the CLAIMANT, for the preservation of the CLAIMANT's exclusive right to possession of the COLLATERAL; and

g.  The RESPONDENTS' admission to committing the following tortious acts and crimes: Theft of Funds, Slander and Libel of the DEBTOR, Dishonor in Commerce, Fraud, Collusion, Racketeering, and Conspiracy; and

h.  The RESPONDENTS' admission of a liability to the CLAIMANT with a value of Four Million Four Hundred Eighty-Nine Thousand Nine Hundred Forty and 85/100 Dollars (the "LIABILITY"); and

i.  The RESPONDENTS' acceptance of having any and all property, real and/or personal, registered and/or unregistered, secured as collateral for the LIABILITY; and

j.  The RESPONDENTS' agreement to being personally liable for any and all damages incurred by the DEBTOR or the CLAIMANT pursuant to any actions in breach of the terms of this PRESENTMENT; and

k.  The RESPONDENTS' granting of *in personam* jurisdiction to the International Court of Adjudicators, and any adjudicator and/or tribunal of the International Court of Adjudicators, including but not limited to the ADJUDICATOR; and

l.  The RESPONDENTS' waiver of any and all limited liability protections and immunities.


Executed in Maricopa County, Arizona, without the incorporated United States, this Sixth day of the Twelfth month in the year Two Thousand Twelve.  Witness my hand and seal.

[seal]          By: _____

Gordon LeRoy Hall, Priority Security Interest Holder in the
TAXPAYER GORDON L. HALL [SSN. 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]

Exhibit 11                                           ER 980

011-005

To: **Pamela LaRue, Chief Financial Officer**
c/o Internal Revenue Service
1111 Constitution Avenue NW
Washington, D.C. 20244-0002
**(Registered Mail # RE 261 089 143 US)**

From: GORDON L. HALL
c/o 3546 EAST PRESIDIO CIRCLE
MESA, ARIZONA
United States, 85213.

Re: **REQUEST REGARDING A STATEMENT OF ACCOUNT for GORDON L. HALL TIN. 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.**

**REQUEST REGARDING A STATEMENT OF ACCOUNT**
This is a record authenticated by the debtor requesting that the recipient approve or correct a statement indicating what the debtor believes to be the aggregate amount of unpaid obligations secured by collateral as of a specified date and reasonably identifying the transaction or relationship that is the subject of the request. Recipient has Twenty (20) days to comply with this request and provide an authenticated record.

## STATEMENT OF ACCOUNT

Date: 6 December 2012

Creditor: INTERNAL REVENUE SERVICE

Debtors: GORDON L. HALL

Account No.: 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

Collateral: GORDON L. HALL [SSN. 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] at address 3546 East Presidio Circle, Mesa, Arizona, United States, 85213.

Balance Due: $0.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

GORDON L. HALL

_____

Exhibit 11                    ER 981

011-006

**TO:** Pamela LaRue, Chief Financial Officer
c/o Internal Revenue Service
1111 Constitution Avenue NW
Washington, D.C. 20244-0002
**(Registered Mail # RE 261 089 143 US)**

**FROM:** GORDON L. HALL
c/o 3546 EAST PRESIDIO CIRCLE
MESA, ARIZONA
United States, 85213.

**RE:** **INTERNAL REVENUE SERVICE ACCOUNT NUMBER 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 for TAXPAYER GORDON L. HALL (1040 Tax Years 1996 and 1997)**

**DATE:** 6 December 2012

# ACCOUNT AUTHORIZATION

I, GORDON L. HALL, hereby authorize and direct that all further communications and correspondences regarding the account(s) referenced above, and the release of any and all information regarding said account(s), be directed through either of the following parties:

**GORDON L. HALL**
**c/o Benton Tyler Thomas Hall**
**1635 North Greenfield Road, Suite 126**
**Mesa, Arizona Republic**

**Benton Tyler Thomas Hall**
**c/o International Court of Adjudicators**
**1635 North Greenfield Road, Suite 126**
**Mesa, Arizona Republic**

GORDON L. HALL

_____

## ACKNOWLEDGMENT

State of Arizona        )
                    ) ss:
County of _____     )

On _____ before me, _____, Notary Public, personally appeared GORDON L. HALL, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature                                           (Seal)

Exhibit 11        ER 982

011-007



# AFFIDAVIT OF SERVICE

| | |
|---|---|
| Maricopa county | ) |
| Arizona Republic | )   affirmed and subscribed |
| united States of America | ) |

It is hereby certified, that on the date noted below, the undersigned mailed to:

| | |
|---|---|
| **Pamela LaRue, Chief Financial Officer** | **INTERNAL REVENUE SERVICE** |
| c/o Internal Revenue Service | **JENNIFER PARDUE** |
| 1111 Constitution Avenue NW | c/o 1818 E. Southern Ave., Ste 15A |
| Washington, D.C. 20244-0002 | MS: 5117 Pardue |
| **(Registered Mail # RE 261 089 143 US)** | Mesa, AZ 85204 |
| | **(USPS Form 3877)** |
| | |
| **Almiria Garcia, Revenue Agent** | **INTERNAL REVENUE SERVICE** |
| Internal Revenue Service | **T.W. LYONS** |
| 1818 E. Southern Ave. Ste 15-A | c/o 1818 E. Southern Ave., Ste 15A |
| MS4103 MES - AG | MS: 5117 Pardue |
| Mesa, AZ 85204 | Mesa, AZ 85204 |
| Phone: (480) 503-7239 | **(USPS Form 3877)** |
| **(USPS Form 3877)** | |
| | |
| **Tim Salsberry, Revenue Agent** | **Department of the Treasury** |
| Internal Revenue Service | Internal Revenue Service |
| 1818 E. Southern Ave. Ste 15-A | P.O. Box 480 |
| MS4103 MES - AG | Holtsville, NY 11742-0480 |
| Mesa, AZ 85204 | **(USPS Form 3877)** |
| Phone: (480) 503-7239 | |
| **(USPS Form 3877)** | **Internal Revenue Service** |
| | Cincinnati, OH 45999-0149 |
| | **(USPS Form 3877)** |

here-in-after "Recipient(s)", the documents and sundry papers pertaining to certain Tax Periods ending 1996 and 1997 regarding TAXPAYER: GORDON L. HALL SSN NO. 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 as follows:

---

**Exhibit 11**          **ER 983**

011-008

1. **NOTICE OF CLAIM,** dated 6 December 2012 (4 leaves);

2. **CERTIFIED PAYMENT BOND (BOND Number 20121206-GH-061),** dated 6 December 2012 (Original sent to Pamela LaRue, Chief Financial Officer, named above) (1 leaf);

3. **REQUEST REGARDING A STATEMENT OF ACCOUNT,** dated 6 December 2012 (1 leaf);

4. **ACCOUNT AUTHORIZATION,** dated 6 December 2012 (1 leaf), and;

5. Reference copy of this **AFFIDAVIT OF SERVICE** (Signed original on file) (2 leaves).


These mailings contained a total of nine (9) leaves.

Said service was by United States Postal Service by placing the same in a postpaid envelope properly addressed to the Recipients at the said address' and depositing the same at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

)

)

)

)

)

)

I certify under penalty of perjury under the laws of the united States of America that the foregoing is true and correct.


Executed on <u>6 December 2012</u>

_____(seal)

AFFIANT


**Shannon Taylor Hall**

**c/o 3546 East Presidio Circle**

**Mesa, Arizona Republic**

Exhibit 11      ER 984

011-009

**JURAT**

State of Arizona     )

                     ) affirmed and subscribed

Maricopa County    )

ON THIS 6ᵗʰ Day of December 2012, before me, the undersigned Notary, personally appeared Shannon Taylor Hall and provided satisfactory evidence that she was that individual. In my presence she executed the foregoing instrument for the purposes stated therein and acknowledged that said execution was by her free act and deed.

Witness my hand and official seal.

_____

Notary Public

**Exhibit 11**               **ER 985**

011-010

# PRIVATELY REGISTERED SETOFF BOND

**BOND NUMBER**
20121206-GH-061

# $4,489,940.85

**REGISTERED**
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 35206360002
UCC FILING NO.: 12-7335139195

Pay to the Order of: UNITED STATES TREASURY ("PAYEE")
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

**Issue Date:** December 6, 2012

**Maturity Date:** December 6, 2042

For Further Credit to: Pamela LaRue, d/b/a/ Chief Financial Officer for Internal Revenue Service and any Successors and/or Assigns, for Account No. 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, in behalf of GORDON L. HALL for Tax Periods ending 1996 and 1997.

By/On/Through: Gordon LeRoy Hall, Surety ("Creditor")
Private Offset Account No. 552988459

**WHEREAS** only fiat money exists in circulation for the discharge of debts, and

**WHEREAS** this instrument is intended to constitute a Privately Registered Setoff Bond,

**BE IT KNOWN THAT:**

This Privately Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;

The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Privately Registered Setoff Bond for the purposes of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;

By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for any amount up to and including **Four Million Four Hundred Eighty-Nine Thousand Nine Hundred Forty and 85/100 United States Dollars ($4,489,940.85)** thereby honorably discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Privately Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to:

Timothy F. Geithner ("Secretary")
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.                    PAYEE enter the amount due below

$ 

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Sixth day of the Twelfth month in the year of our Lord Two Thousand and Twelve.*

By: _____ (seal)
Gordon LeRoy Hall, Surety/Underwriter
Exemption ID # 552988459
Non-domestic mail
in care of: 3546 East Presidio Circle
Mesa, Arizona Republic

**Exhibit 11**                    **ER 986**



CASE NO. **PR-20130122-AJ-099**

THIS IS A PRIVATE ADMINISTRATIVE PROCEEDING
NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE OF CLAIM

22 January 2013

Claimant:    Gordon LeRoy Hall
             % Brighton Nicole Jorgensen
             10905 Yellowjacket Road
             Flagstaff, Arizona

Respondent(s):  INTERNAL REVENUE SERVICE
             % Pamela LaRue, Chief Financial Officer
             1111 Constitution Avenue NW
             Washington, D.C. 20244-0002

RE:     TAXPAYER ACCOUNT, GORDON L. HALL [SSN: 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], Tax Periods 1996 and 1997.

Notice is hereby given to the INTERNAL REVENUE SERVICE, Pamela LaRue, Chief Financial Officer, and all agents, principals, assigns or successors thereof (collectively, the "RESPONDENTS") , to setoff, settle, and close the United States Federal Taxpay Accounts GORDON L HALL 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 for Tax Periods ending 12/31/1996 and 12/31/1997, and all derivatives and underlying accounts/obl gations thereof (collectively, the "ACC OUNTS") for GORDON LEROY HALL, the U.S. Citizen, U.S. Taxpayer, and U.S. Person, and all derivates, nominees, and aliases/tra nsferees thereof (collectively, the "TAXPAYER") by Gordon LeRoy Hall, a national of the California Republic (the "CLAIMANT"). Notice of Claim (this "NOTIC E"), dated as of 22 January 201 3 (the "EFFECTIVE DATE"), with the instruments and public records herewith and referenced herein (collectively, this "PRESENTMENT"), is being presented for the purposes of: (1) inf orming the RESPONDENTS of the claims in all property, real and personal, registered and unregistered, held in the name the PAYER (the "COLLATERAL") by the CLAIMANT; (2) discharging all debts, obligations, and liabilities of the TAXPAYER derived from and/or related to the ACCOUNTS; and (3) informing the RESPONDENTS of the duties, obligations, liabilities accrued by the receipt and acceptance of this PRESENTMENT.

## I.   NOTICE TO SETOFF, SETTLE AND CLOSE ACCOUNTS

Enclosed herewith is a negotiable instrument, Money Order Number 2013000101 (the "TENDER"), tendered for the setoff, settlement, and closure of the ACCOUNTS. The payee designated by the CLAIMANT for the TENDER is the UNITED STATES TREASURY (the "PAYEE"), as the party authorized by the RESPONDE NTS to accept, negotiate, and indorse tenders of payment for the RESPONDENTS. The drawee designated by the CLAIMANT for the TENDER is Timothy Franz Geithner, Secretary of the Treasury, and all agents, princi pals, assigns or successors the reof (collectively, the "DRAWEE") as the party authorized to ha ndle foreign assets for the RESPONDENTS. The maker and issuer of the TENDER is the CLAIMANT as the accommodation party for the TAXPAYER for the benefit of the TAXPAYER and the RESPONDENTS. The TENDER, as a draft, is an unconditional order for the DRAWEE to pay the PAYEE the sum of Three million fifty thousand and 0/Eu (\$3,250,000.00) United States Dollars (the "DRAFT AMOUNT") ord ered and authorized by the TAXP AYER as the drawer for the TENDER.

The CLAIMANT hereby charges and informs the RESPONDENTS of the fiduciary duty accrued by rec eipt and acceptance of the TENDER to adjust the balance of the ACCOUNTS to Zero (\$0.00) United States Dollars to properly reflect the ledgering of the TENDER. The RESPONDENTS shall not refuse, return, dis charge the TENDER unless: (1) a Notice of Dishonor from the DRAWEE of the TENDER accompanies said refusal, return, or challenge; (2) a Certificate of Protest from the presenter of the TENDER for payment accompanies said refusal, retur n, or (3) unless a defect in the TENDER is identified an verified by the RESPONDENTS and accompanies said refusal, return. The CLAIMANT, the TAXPAYER and RESPONDENTS (collectively, the "PARTIES") stipulate that the RE SPONDENTS failure to perform pursuant to the aforementioned terms is a breach of the RES PONDENTS fiduciary duty.

Enclosed herewith, and incorporated herein by this reference, is an Account Authorization letter (the "ACCOUNT AUTHORIZATION"), executed by the T AXPAYER authorizing the RESP ONDENTS to release any and all information regarding the ACCOUNTS to the CLAIMANT. Pursuant to the ACCOUNT AUTHORIZATION the RESPONDENTS are hereby directed to convey any and all correspondences and co mmunications regarding the ACCOUN TS to the CLAIMANT, through the third-party adjudicator, Brandon Alexander Adams (the "ADJUDICATOR") of the International Adjudicators Association and the Court of International Claims, at the address given below in *Section V* of this NOTICE.

Enclosed herewith, and incorporated herein by this reference, is a Request Regarding a Statement of Account (the "ACCOUNT STATEMENT"), as a record authenticated by the TAXPAYER charging the RESPONDEN TS with the responsibility of approving or correcting the statement. The RESPONDENTS have Twenty ( 20) d ays t o h onor t he t erms o f t he A CCOUNT STATEMENT and provide an authenticated record.

**NOTICE OF CLAIM**                                            **Page 1 of 6**

**Exhibit 11**                          **ER 987**

011-012

If the ACCOUNT STATEMENT is not corrected by the RESPONDENTS in Twenty (20) days, then it shall be deemed accepted and approved as an accurate and correct statement of the ACCOUN TS. The RESPONDENTS' failure t o respond within Twenty (20) days of the postmark of this PRESENTMENT shall cause the CLAIMANT to have executed a Certificate of Claim, by the ADJUDICATOR, of this admi nistrative proceeding.

The Certificate of Claim executed by the ADJUDICATOR, along wit h the record of this PRESENTMENT, shall comprise a record of the RESPONDENTS' acceptance of the terms and provisions of this PRESENTMENT, and as such shall constitute the *final expression in a record* of the private settlement agr eement by and between the PARTIES (the "FINAL AGREEMENT").

## II. NOTICE TO DISCHARGE COLLATERAL

The FINAL AGREEMENT comprises the RESPONDENTS stipulation to: (1) the rescinding and/or the revoking of any and all liens, levies, deficiencies, garnishmen ts, and distraint warrants (col lectively, the "ENCUMBRANCES") on the COLLATERAL and/or the TAXPAYER; (2) the vacating/discharging of any and all judgments, orders, and decrees issued aga inst the TAXPAYER and/or the COLLATERAL for the settlement of the ACCOUNTS (collectively, the "ORDERS"); (3) the dismissing/discharging of any and all actions initiated by/for the RES PONDENTS against the TAXPAYER and/or the COLLATERAL for the s ettlement of the ACCOUNTS (collectively, the "ACTIONS"); and (4) the discharging of any a nd all debts, obligations, and l iabilities of the TAXPAYER and/ or the COLLATERAL (the "LIABILITIES"), by executing, or causing to be executed, all Notice(s) of Resci ssion, Notice(s) of Revocation, Notice(s) of Discharge, Notice(s ) of Satisfaction, Order(s) for Dismissal, Order(s) for Vacati ng, Release(s) of Lien(s)/ Levy( ies)/ Garnishment(s)/ Obligation(s)/ Liability(ies), and/or any and all instruments necessary for the discharging of the ENCUMBRANCES, the ORDERS, the ACT IONS, and the LIABILITIES and the setoff, settlement and closure of the ACCOUNTS.

The RESPONDENTS in attempts to settle the ACCOUNTS prior to thi s PRESENTMENT have levied, atta ched, garnished, or placed liens on property held in the name of the TAXPAYER. THE FINAL AGREEMENT comprises the RESPONDENTS' stipulation to discharge, release and/or return the following property to the TAXPAYER:

(1) The funds from Bank of America Account No. 457016148635/Routing No. 540860108 levied in the amount of Eight Thousand One Hundred Eleven and ⁵³/₁₀₀ ($8,111.53) United States Dollars, levied by the RESPONDENTS o n or about 25 January 2011;

(2) The funds from Wells Fargo B ank Account No. 3112709021/Routing No. 511400393 levied in the amount of Twenty-seven Thousand Seven Hundred Thirty-nine and ⁷⁰/₁₀₀ ($27,739.70) United States Dollars, levied by the RESPONDENTS on or about 26 January 2011;

(3) The funds from a cash bond deposited with Better Choice Bail Bond for United States District Court for the District of Arizona, Case No. MC-10-0017-PHX-PJM and levied in the amount o f Fifty Thousand and ⁰⁰/₁₀₀ ($50,000.00) United States Dollars, levied by the RESPONDEN TS on or about 11 August 2011; and

(4) The real property commonly known as 3546 East Presidio Circle, Mesa, Arizona, United States, 85213 (Legal Description: Lot 2 Montana Dorada, in the City of Mesa, County Maricopa, State of Arizona, According to Book 567 of Maps, Page 24, Records of pi County, Arizona) with a lien executed by T.W. LYONS of the Internal Revenue Service (the "REVENUE AGENT"), Employee# 86-18007, in the amoun t of Nine hundred Twenty-three Thousand Four-hundred Eighty-two and ⁹⁴/₁₀₀ ($923,482.94) United States Dollars placed on the TAXPAYER by a Notice of Federal Tax Lien, Serial No. 912295512, recorded with the Maricopa County Recorder on 17 of December 2012 at 03:48 PM as document No. 2012-1147984.

The FINAL AGREEMENT shall charge the RESPONDENTS with discharging, releasing and returning all the property referenced above (collectively, the "SEIZED COLLATERAL") to the TAXPAYER.

The FINAL AGREEMENT shall charge the RESPONDENTS with giving notice of the discharge of the ENCUMBRANCES, the ORDERS, the ACTIONS, the LIABILITIES, and the SEIZED COLLATERAL, to the CLAIMANT, by providing certified copies of the discharges by mailing said certi fied copies to the CLAIMANT thr ough the ADJUDICATOR at the location set forth in *Section V* of this NOTICE.

## III. NOTICE OF INTEREST

Whereas, the FINAL AGREEMENT is e xecuted by the actions of the PARTIES; and

Whereas, the FINAL AGREEMENT comprises the discharging of all rights, titles and interests of the RESPONDENTS in the COLLATERAL, the SEIZED COLLATERAL and the TAXPAYER; and

Whereas, the FINAL AGREEMENT comprises the discharging of the ENCUMBRANCES, the ORDERS, the ACTIONS, and the LIABILITIES; and

---

**NOTICE OF CLAIM**                 **Page 2 of 6**

**Exhibit 11**         **ER 988**

011-013

Whereas, the FINAL AGREEMENT comprises the setoff, settlement a nd closure of the ACCOUNTS.

Now, therefore, upon the execution of the FINAL AGREEMENT, this is the actual and constructive notice of: (1) the CLAIMANT's paramount security interest in the COLLATERAL and the SEIZED CO LLATERAL; (2) the CLAIMANT's exclusive right to possess the COLLATERAL and the SEIZED COLLATERAL; (3) the CLAIMANT's li ens on the TAXPAYER, the ACCOUNTS, the COLLATERAL, and the SEIZED COLLATERAL; (4) the RESPONDENTS' obligation to duly compensate the TAXPAYER for the SEIZED COLLATERAL; and (5) the value of the CLAIMANT's claim in the CO LLATERAL and the SEIZED COLLA TERAL and the CLAIMANT's liens on the TAXPAYER and the ACCO UNTS is equal to the DRAFT AM OUNT.

### IV.  NOTICE TO CEASE AND DESIST

Pursuant to the FINAL AGREEMENT, the RESPONDENTS are hereby given notice to **CEASE AND DESIST** from any and all actions, litigations, and enforcements of any and all writs, judgments, decrees and/or orders, regarding the COLLATERAL, the TAXPAYER, and the ACCOUNTS.

### V.   ADMINISTRATIVE PROCEEDING & AGENCY OF RECORD

This PRESENTMENT by the CLAIMANT to the RESPONDENTS the initiation of a private administrative proceeding between the PARTIES. The Agency of Record for this private administrative proceeding shall act as an adjudicator for the purposes of rendering any administrative determinations necessary pursuant to the terms and conditions set forth by this PRESENTMENT.

All correspondences, responses, notices, claims, and records regarding: the ACCOUNTS, the COLLATERAL, and the PARTIE including but not limited to, this PRESENTMENT (collectively, the "ADMINISTRATIVE PROCEEDING") must reference the ADMINISTRATIVE PROCEEDING by the following Case Numbe FR-20130122-AJ-099, and shall be presented through, or filed with the ADJUDICATOR, an independe nt third-party. The purpose f or the ADMINISTRATIVE PROCEEDING is:

1.  To acquire an accurate and unbiased record, by a third-party whse business it is to keep such records, of the course of dealings, the course of performan ce, the usage of trade, and th e exercise of ordinary care by and between the PARTIES;

2.  To administratively determine the status of the settlement of t he ACCOUNTS;

3.  To administratively determine the rights, titles, and interests of the PARTIES with regards to the COLLATERAL and the SEIZED COLLATERAL;

4.  To administratively determine the duties, obligations, and liab ilities accrued by the PARTIES;

5.  To administratively determine the execution of the FINAL AGREEM ENT;

6.  To administratively determine the authorities, powers, rights, titles, and interests conveyed , granted, and acquired by and between the PARTIES;

7.  To administratively determine an y violations of the law governi ng the ADMINISTRATIVE PROCEEDING; and

8.  To acquire any administrative certifications, judgments, decrees, orders, and verdicts warranted by the merits of the ADMINISTRATIVE PROCEEDING.

The PARTIES hereby stipulate that the administrative determinations, certifications, judgments, decrees, orders, and verdicts issued as a result of the ADMINIS TRATIVE PROCEEDING by the ADJU DICATOR shall be binding upon the PARTIES.

The PARTIES hereby stipulate that the administrative determinations, certifications, judgments, decrees, orders, and verdicts issued as a result of the ADMINISTRATIVE PROCEEDING by the ADJU DICATOR shall supersede any an d all previous contracts and agreements between the PARTIES.

The ADMINISTRATIVE PROCEEDING is hereby being executed and gove rned under the common law, private international law and *lex mercatoria*.

All service of process, regarding the ADMINISTRATIVE PROCEEDING, must be made through, or recorded with, the ADJUDICATOR, by Registered or C ertified Mail for appropriate ce rtification, at the following location:

> **Brandon Alexander Adams**
> **℅ Court of International Claims**
> **1635 North Greenfield Road, Suite 126**
> **Mesa, Arizona, United States of America**

Service in any other manner will be deemed defective on its fac e.

---

Exhibit 11

ER 989

011-014

## VI. STIPULATION AND DISHONOR

After Twenty (20) days, of the postmark of this PRESENTMENT, th e ADJUDICATOR shall execute a Certificate of Claim, certifying the FINAL AGREEMENT and the PARTIE S' stipulation to the terms, conditions, and facts set forth by this PRESENTMENT.

The R ESPONDENTS' s hall h onor t he t erms a nd c onditions o f t his P RESENTMENT b y t he f ollowing p erformance/non-performance:

1. The RESPONDENTS' failure to provide a Notice of Dishonor from t    he drawee of the TENDER or to identify and verify, under penalty of perjury, a defect in the TENDER, shall constitute the RESPONDENTS' honorable agreement to the efficacy and sufficiency of the TENDER to setoff, settle, and close the ACCOUNTS, to discharge the COLLATERAL, to discharge/release/retur a the COLLATERAL and to discharge the TAXPAYER; or

2. The RESPONDENTS' act(s) of: (1) providing a Notice of Dishonor from the drawee of the TENDER; (2) providing a Certificate of Protest from the party making presentment of the TENDER for payment; or (3) providing a statement, executed under penalty of perjur y, identifying a nd verifying a defect in the TENDER, shall constitute the RESPONDENTS' honorable contention of the efficacy and sufficiency of the TEND ER to setoff, settle, and close the ACCOUNTS discharge the COLLATERAL, to disc harge/release/return the SEIZE D COLLATERAL and to discharge the TAXPAYER; or

3. The RESPONDENTS' failure to correct the ACCOUNT STATEMENT and provide a n a uthenticated r ecord o f s aid correction shall constitute the R  ESPONDENTS' honorable approval  and acceptance of the aggregate amount of unpaid obligations for the ACCOUNTS is Zero and  ⁰⁰/₁₀₀ ($0.00) United States Dollars; or

4. The RESPONDENTS' act of correcting the ACCOUNT STATEMENT and the RESPONDENTS' act of providing an authenticated record of said correction shall constitute the RE  SPONDENTS' honorable non-acceptance of the aggregate amount of unpaid obligations for the ACCOUNTS and Zero  ⁰⁰/₁₀₀ U nited States Dollars and the honorable declaration and assertion of the aggregate a mount of unpaid the ACCOUNTS being an amount other than Zero and ⁰⁰/₁₀₀ ($0.00) United States Dollars.

Pursuant to the FINAL AGREEMEN the RESPONDENTS' shall dishono r the terms and conditions of this PRESENTMENT by the non-performance of the terms of honorable performance set forth  above and by the following p erformance/non-performance:

1. The RESPONDENTS' failure to rescind and/or revoke the ENCUMBRAN CES shall constitute the RESPONDENTS' dishonor; or

2. The RESPONDENTS' failure to vaca te/discharge the ORDERS shall c onstitute the RESPONDENTS' dishonor; or

3. The RESPONDENTS' failure to dism iss/discharge the ACTIONS shall  constitute the RESPONDENTS' dishonor; or

4. The RESPONDENTS' failure to disc harge the LIABILITIES shall con stitute the RESPONDENTS' dishonor; or

5. The RESPONDENTS' failure to discharge, release, and/or return the SEIZED COLLATERAL shall constitute the RESPONDENTS' dishonor; or

6. The RESPONDENTS' failure to execute all Notice(s) of Rescission, Notice(s) of Revocation, N o t i c e [ s ) of D i s c h a r g e , Notice(s) of Satisfaction, Order (s) for Dismissal, Order(s) for  Vacating, and/or any and all  instruments necessary for the discharging of the ENCUMBRANCES, the ORDERS, the ACTIONS, and the LIABILITIES and the setoff, settlement and closure of the ACCOUNTS shall constitute the RESPONDENTS' disho  nor.

The RESPONDENTS' dishonor shall constitute, and the execution o f the Certificate of Claim by the ADJUDICATOR shall establish, the following stipulations by the parties:

1. The RESPONDENTS' stipulation and agreement that the FINAL AGREE     MENT as the terms  and conditions set forth by this PRESENTMENT constitutes the  *final expression in a record* of the private settlement agreement by and between the PARTIES;

2. The RESPONDENTS' stipulation a nd agreement that the ENCUMBRANCE S, ORDERS, ACTIONS, and LIABILITIES shall be discharged;

3. The RESPONDENTS' stipulation and agreement that the SEIZED COLLATERAL shall be discharged, released, and returned to the TAXPAYER;

4. The RESPONDENTS' stipulation to,  and agreement with, the CLAIMA NT's claim of a paramount security interest in the COLLATERAL and the SEIZED COLLATERAL;

5. The RESPONDENTS' stipulation to, and agreement with, the CLAIMA  NT's claim of the exclusive right to the possession of the COLLATERAL and the SEIZED COLLATERAL;

Exhibit 11                                    ER 990

6. The RESPONDENTS' stipulation to, and agreement with, the CLAIM's claim of the exclusive right to dispose of the COLLATERAL and the SEIZED COLLATERAL;

7. The RESPONDENTS' stipulation to, and agreement with, the CLAIM's liens against the ACCOUNTS, the TAXPAYER, the COLLATERAL, and the SEIZED COLLATERAL;

8. The RESPONDENTS' stipulation to, and agreement with, the value of the CLAIMANT's liens ar e equivalent to the DRAFT AMOUNT;

9. The RESPONDENTS' inability and f ailure to state a claim upon wh ich relief may be granted;

10. The RESPONDENTS' stipulation and agreement that any and all attempts by the RESPONDENTS to prejudice, hinder, obstruct, or impede the CLAIMANT' s claims are a violation of th e law governing the ADMINISTRATIVE PROCEEDING;

11. The RESPONDENTS' conveyance and granting of a specific power of attorney to the CLAIMANT, or any agents thereof, for the execution of any instruments, communications, or correspondences, deemed necessary by the CLAIMANT, for the preservation of the CLAIMANT' s paramount security interest in the COLLATERAL, including but not limited to, IRS Form 668 (Z), Certificate of Rele ase of Federal Tax Lien, for t he REVENUE AGENT;

12. The RESPONDENTS' conveyance and granting of a specific power of attorney to the CLAIMANT for the execution of any instruments, communications, or correspondences, deemed necessary by the CLAIMANT, for the preservation of the CLAIMANT's exclusive right to the possession and the dispositio n of the COLLATERAL;

13. The RESPONDENTS' admission and confession to committing the follo wing tortious acts and crimes: Theft of Funds, Slander and Libel of the TAXPAYE R, Dishonor in Commerce, Fraud, Collusion, Racketeering, and Conspiracy;

14. The RESPONDENTS' admission and confession of a liability to the CLAIMANT with a value equivalent to the DRAFT AMOUNT (the "RESPONDENTS' LIABILITY");

15. The RESPONDENTS' acceptance of having any and all property, real and/or personal, registered and/or unregistered, secured as collateral for the RESPONDENTS' LIABILITY;

16. The RESPONDENTS' stipulation and agreement to being personally liable for any and all damages incurred by the TAXPAYER or the CLAIMANT to any actions by the RESPONDENTS in breach of t he terms of the FINAL AGREEMENT;

17. The RESPONDENTS' stipulation to the granting of *in personam* jurisdiction, *in rem* jurisdiction, and subject-matter jurisdiction to the Court of International Claims, and any adjudicator and/or tribunal of the International Adjudicators Association, including but not limited to the ADJUDICATOR; and

18. The RESPONDENTS' waiver of all limited liability protection and immunities afforded to the RESPONDENTS by all franchises, including, but not limited to, the INTERNAL REVENUE SERVICE, the STATE OF AR IZONA, the DISTRICT OF COLUMBIA, and the UNITED STATES.

## VII. GENERAL PROVISIONS

The ADMINISTRATIVE PROCEEDING is hereby executed and governed b y the following provisions:

1. The ADMINISTRATIVE PROCEEDING is hereby executed, governed, and construed u nder c ommon l aw, p rivate international law and *lex mercatoria*.

2. The venue and jurisdiction of the ADMINISTRATIVE PROCEEDING is the unincorporated republic of the State of Arizona.

3. The FINAL AGREEMENT constitutes the PARTIES waiver of all limited liability protections and immunities afforded by all franchises, including, but not limited to, the INTERNAL REVENUE SERVICE, the STATE OF ARIZONA, the DISTRICT OF COLUMBIA, and the UNITED STATES.

4. Any disputes or issues raised by the PARTIES regarding the ADMINISTRATIVE PROCEEDING shall be presented to the ADJUDICATOR for resolution.

5. Upon the establishment of the FINAL AGREEMENT by the REJECTION of the Certificate of Claim, the PARTIES have the right to appeal any and all a dministrations resulting from the ADMINISTRATIVE PROCEEDING by submitting said appeals to the administrative tribunal of the Court of International Claims and addressing said appeals to:

> **Administrative Tribunal for Appeals**
> **℅ Court of International Claims**
> **1635 North Greenfield Road, Suite 126**
> **Mesa, Arizona, United States of America**

---

**NOTICE OF CLAIM**                                                                 **Page 5 of 6**

**Exhibit 11**          **ER 991**

011-016

6.  If one or more provisions of the FINAL AGREEMENT shall be held invalid or unenforceable for any reason, the remaining provisions shall contin ue to be valid and enforceable If one or more provisions of the FINAL AGREEMENT is invalid or unenforceable, but that by limiting such provision(s   ) it would become valid or enforceable, such provision(s) shall be deemed to be written, con strued, and enforced as so li mited.

7.  The failure of any of the PARTIES to enforce one or more provis ions of the FINAL AGREEMENT shall not be construed as a waiver or limitation of that party's right to subsequently en force and compel strict compliance with every provision of the FINAL AGREEMENT. The CLAIMANT shall not be deemed to have waived its rights u n d e r the FINAL AGREEMENT unless such waiver is given in writing and signed by the CLAIMA NT. No delay or omission on the part of the CLAIMANT in exercising a right shall oper ate as a waiver of such right o r any other right. A waiver by the CLAIMANT of a provision of the FINAL AGREEMENT shall not prejudice  or constitute a waiver of the CLAIMANT's right otherwise to demand strict compliance with that provis ion or any other provision of  the FINAL AGREEMENT.

8.  The FINAL AGREEMENT constitutes the entire understanding and ag   reement of the PARTIES as to the matters set forth in the ADMINISTRATIVE PROCEEDING.  No alteration of or to the FINAL AGREEMENT shall be effective unless expressed in writing and s igned by both the CLAIMANT and  the RESPONDENTS.

Executed in Maricopa county, within the unincorporated republic  of the State of Arizona, within the unincorporated republic o  f the United States of America, this Twenty-second day of the Fir   st month in the year Two Thousand Thirteen. Witness my hand and seal.

                              {seal}          By: _____  _____
                                                    Gordon LeRoy Hall, CLAIMANT

Enclosure(s):
    (1)  Money Order, number 2013000101, dated 18 January 2013;
    (2)  Request Regarding a Statement of Account, dated 22 January 2013   ;
    (3)  Account Authorization, dated 22 January 2013; and
    (4)  Affidavit of Service.

**Exhibit 11**                    **ER 992**

011-017

**To:**     INTERNAL REVENUE SERVICE
        ℅ Pamela LaRue, Chief Financial Officer
        1111 Constitution Avenue NW
        Washington, D.C. 20244-0002

**From:**    GORDON LEROY HALL
        ℅ Brighton-Nicole Jorgensen
        10905 Yellowjacket Road
        Flagstaff, Arizona

**Re:**      **REQUEST REGARDING A STATEMENT OF ACCOUNT for GORDON L. HALL 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 for Tax Periods ending 12/31/1996 and 12/31/1997**

**REQUEST REGARDING A STATEMENT OF ACCOUNT**
This is a record authenticated by the debtor requesting that the recipient approve or correct a statement indicating what the debtor believes to be the aggregate amount of unpaid obligations secured by collateral as of a specified date and reasonably identifying the transaction or relationship that is the subject of the request. Recipient has Twenty (20) days to comply with this request and provide an authenticated record.

## STATEMENT OF ACCOUNT

Date:          22 January 2013

Creditor(s):    INTERNAL REVENUE SERVICE

Debtor(s):     GORDON LEROY HALL

Account(s):     GORDON L. HALL 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 for Tax Periods ending 12/31/1996 and 12/31/1997

Collateral:     All property, real a nd personal, registered and un registered, held in the name the GORDON LEROY HALL

Balance Due:   $0.00

I declare under penalty of perjury under the laws of the United Stat es of America that the foregoi ng is true and correct.

               GORDON LEROY HALL

               _____

**REQUEST REGARDING A STATEMENT OF ACCOUNT**         **Page 1 of 1**

**Exhibit 11**         **ER 993**

011-018

**TO:**    INTERNAL REVENUE SERVICE
          ℅ Pamela LaRue, Chief Financial Officer
          1111 Constitution Avenue NW
          Washington, D.C. 20244-0002

**FROM:**   GORDON LEROY HALL
          ℅ Brighton-Nicole Jorgensen
          10905 Yellowjacket Road
          Flagstaff, Arizona

**RE:**     **GORDON L. HALL 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 for Tax Periods ending 12/31/1996 and 12/31/1997**

**DATE:**   22 January 2013

# ACCOUNT AUTHORIZATION

I, GORDON LEROY HALL, hereby authorize and direct that all furt    her communications and correspondences regarding the taxpayer account(s  ) referenced above, and the rel  ease of any and all info rmation regarding said account(s), be directed through the following party:

| | | |
|---|---|---|
| **Brandon Alexander Adams**<br>**℅ Court of International Claims**<br>**1635 North Greenfield Road, Suite 126**<br>**Mesa, Arizona, United States of America** | **-OR-** | **Administrative Tribunal for Appeals**<br>**℅ Court of International Claims**<br>**1635 North Greenfield Road, Suite 126**<br>**Mesa, Arizona, United States of America** |

GORDON LEROY HALL

_____

## ACKNOWLEDGMENT

State of Arizona          )
)                        ss:
County of _____ )

On _____ before me, _____, Notary Public, personally appeared GORDON LEROY HALL, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____

Signature                                 (Seal)



# AFFIDAVIT OF SERVICE

Maricopa county
Arizona state
United States of America
) affirmed and subscribed:

It is hereby certified, that on the date noted below, the undersigned mailed to:

    INTERNAL REVENUE SERVICE
    ℅ Pamela LaRue, Chief Financial Officer
    1111 Constitution Avenue NW
    Washington, D.C. 20244-0002

    (Registered Mail No. _____)

hereinafter, "Recipient(s)," the documents and sundry papers regarding  CASE NO. PR-20130122-AJ-099  as follows:

1.  **NOTICE OF CLAIM**, dated 22 January 2013 [6 pages];
2.  **MONEY ORDER Number 2013000101**, dated 18 January 2013 [1 page];
3.  **REQUEST REGARDING A STATEMENT OF ACCOUNT**, dated 22 January 2013 [1 page];
4.  **ACCOUNT AUTHORIZATION**, dated 22 January 2013 [1 page];
5.  reference copy of this **AFFIDAVIT OF SERVICE** [1 page] (signed original on file),

a total of _____ **Ten (10)** _____ pages,

by Registered Mail, under the Registered Mail number(s) given above, Return Receipt attached , by placing same in a postpaid envelope properly addressed to Recipient(s) at the said addresses and depositing same at an official depository under the exclusive face and custody of the United States Post Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____ .

                                                            {seal}

AFFIANT

Brighton Nicole Jorgensen
℅ 10905 Yellowjacket Road, Flagstaff, Arizona

## JURAT

State of Arizona        )
                        ) affirmed and subscribed
County of Maricopa      )

Subscribed and sworn to (or affirmed) before me on this ____**24th**____ day of _____**January**_____, ___**2013**___, by
____**Brighton Nicole Jorgensen**____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(SEAL)                          _____
                                (Signature of notarial officer)
                                Title/Rank: **Notary Public** _____
                                Printed Name: **Nicole Perry** _____
                                Commission expires: **6 October 2016** _____

AFFIDAVIT OF SERVICE                                        Page 1 of 1

Exhibit 11          ER 995

011-020

# Money Order Spreadsheet

**From:**     Brandon Alexander Adams <brandon@clfnm.org>

**To:**       Benton Hall <benton.private@gmail.com>, Shannon Hall <shannhall0@gmail.com>

**Subject:**   Money Order Spreadsheet

**Sent:**     Fri, 25 Jan 2013 14:18:36 -0700

see attached

--
Best regards,

Brandon Alexander Adams



[-- Mime Part, Type: application/vnd.openxmlformats-officedocument.spreadsheetml.sheet;
name="_MONEY_ORDERS.xlsx", Disp: attachment; filename="_MONEY_ORDERS.xlsx", Size: 11KB --]

| | |
|---|---|
| **Delivered-To:** | shannhall0@gmail.com |
| **Received:** | by 10.58.208.133 with SMTP id me5csp124435vec; Fri, 25 Jan 2013 13:18:39 -0800 (PST) |
| **X-Received:** | by 10.152.106.5 with SMTP id gq5mr6441600lab.5.1359148718843; Fri, 25 Jan 2013 13:18:38 -0800 (PST) |
| **Return-Path:** | <brandon@clfnm.org> |
| **Received:** | from mail-lb0-f169.google.com (mail-lb0-f169.google.com [209.85.217.169]) by mx.google.com with ESMTPS id jf9si1100109lab.249.2013.01.25.13.18.37 (version=TLSv1 cipher=ECDHE-RSA-RC4-SHA bits=128/128); Fri, 25 Jan 2013 13:18:37 -0800 (PST) |
| **Received-SPF:** | neutral (google.com: 209.85.217.169 is neither permitted nor denied by domain of brandon@clfnm.org) client-ip=209.85.217.169; |
| **Authentication-Results:** | mx.google.com; spf=neutral (google.com: 209.85.217.169 is neither permitted nor denied by domain of brandon@clfnm.org) smtp.mail=brandon@clfnm.org |
| **Received:** | by mail-lb0-f169.google.com with SMTP id m4so1460353lbo.28 for <shannhall0@gmail.com>; Fri, 25 Jan 2013 13:18:37 -0800 (PST) |
| **X-Google-DKIM-Signature:** | v=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=20120113; h=mime-version:x-received:date:message-id:subject:from:to :content-type:x-gm-message-state; bh=8gfIpyrGlMaGDIKnoxFD9eSDB9WionmsUB5R2Ue5WLU=; b=RIxTzdOWhytGldmHuSG62wD47IawYhH/vu0yQUku0KaP80AvQtbZdSK5xVr7T8Bf/H z0sb+MRW+mAvHkRqo2q4r5i00hCy1smry6w2NyNsh2we8nbZEAO8kCrIZvPdFGlQkSv6 Y2FYgeJyWtEkSEuY98y4ccTAE7ER4axDy3jqS+eJVvlbc2c41QyIS7hWB41i6vxc24KU hUiNzfG55ZkBjxQ3sGSkwVwuBRatmAqyNZfuMWs/ydkQ6AKB9jxyrQO910tDts5naQgz tuDtc7QjDjYcsxkFCaM3biAUnX9x8+53gW44qsdHS1C3+rS0pAxS3Oqb8jTsD5N6cIpi IDUg== |
| **MIME-Version:** | 1.0 |
| **X-Received:** | by 10.152.145.8 with SMTP id sq8mr6335846lab.21.1359148717048; Fri, 25 Jan 2013 13:18:37 -0800 (PST) |
| **Received:** | by 10.112.99.66 with HTTP; Fri, 25 Jan 2013 13:18:36 -0800 (PST) |
| **Message-ID:** | <CABVGudz74RXU9ktmEL=PxpDSiz9uu+WvdPVYEDfa+jwg6OsGBw@mail.gmail.com> |
| **Content-Type:** | multipart/mixed; boundary=e89a8f22bc297a04b204d4237888 |
| **X-Gm-Message-State:** | ALoCoQne8MaUyxuUojmAcC76Sj52fsrsfFL7MFJza4D9U83sHz1Pjd+Ytvr5BBcASjXmac+qtfWE |

| CHECK # | ROUTING | ACCOUNT | PAYEE | MAKER | DRAWER |
|---------|---------|---------|-------|-------|--------|
| 2013000101 | 61000146 | 552988459 | UNITED STATES TREASURY | Gordon LeRoy Hall<br>% Brighton-Nicole Jorgensen<br>10905 Yellowjacket Road<br>Flagstaff, Arizona<br>Non-domestic without the United States | GORDON LEROY HALL<br>3546 E PRESIDIO CIRCLE<br>MESA, AZ 85213-9017 |
| 2013000102 | 61000146 | 552988459 | UNITED STATES TREASURY | Gordon LeRoy Hall<br>% Brighton-Nicole Jorgensen<br>10905 Yellowjacket Road<br>Flagstaff, Arizona<br>Non-domestic without the United States | GORDON LEROY HALL<br>3546 E PRESIDIO CIRCLE<br>MESA, AZ 85213-9017 |
| 2013000103 | 61000146 | 552988459 | UNITED STATES TREASURY | Gordon LeRoy Hall<br>% Brighton-Nicole Jorgensen<br>10905 Yellowjacket Road<br>Flagstaff, Arizona<br>Non-domestic without the United States | GORDON LEROY HALL<br>3546 E PRESIDIO CIRCLE<br>MESA, AZ 85213-9017 |

012-002

**Exhibit 12**

**ER 997**

| DRAWEE | DATE | AMOUNT | AMOUNT WORD | MEMO |
|---|---|---|---|---|
| Timothy Franz Geithner, Secretary of the Treasury<br>% U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | 18 January 2012 | 3,250,000.00 | Three-million Two-hundred Fifty-thousand and 00/100 | GORDON LEROY HALL (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)<br>TAX PERIODS 1996 & 1997 |
| Timothy Franz Geithner, Secretary of the Treasury<br>% U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | 24 January 2012 | 868,397.60 | Eight-hundred Sixty-eight Thousand Three-hundred Ninety-seven and 60/100 | GORDON L HALL 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; TAX<br>PERIOD 12/31/1996 |
| Timothy Franz Geithner, Secretary of the Treasury<br>% U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | 24 January 2012 | 635,176.26 | Six-hundred Thirty-five Thousand One-hundred Seventy-six and 26/100 | GORDON L HALL 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; TAX<br>PERIOD 12/31/1997 |

012-003

**Exhibit 12**　　　　**ER 998**



019-001

Exhibit 19                    ER 999



**Exhibit 19**          **ER 1000**
019-002



Exhibit 19    ER 1001    019-003





019-005

Exhibit 19      ER 1003



019-006

Exhibit 19                    ER 1004



019-007

Exhibit 19                    ER 1005



019-008

Exhibit 19                    ER 1006





019-010

Exhibit 19          ER 1008



019-011

Exhibit 19       ER 1009